IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br><br>    Plaintiff,<br>  v.<br><br>WEATHERFORD INTERNATIONAL, INC. and<br>BJ SERVICES COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N<br><br>Jury Demanded |

**APPENDIX OF EXHIBITS 1 – 21
TO WEATHERFORD'S BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE
THE LOCAL PATENT RULES, TO STRIKE PLAINTIFF'S MON 62¶ 3-1
INFRINGEMENT CONTENTIONS AND TO DISMISS PLAINTIFF'S CLAIMS
<u>NOT SUPPORTED BY VALID INFRINGEMENT CONTENTIONS</u>**

| EXH | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Maria Boyce Letter to Steve Lundwall (5/12/2009) | A1 – A2 |
| 2 | Steve Lundwall Letter to Maria Boyce (5/20/2009) | A3 – A5 |
| 3 | Maria Boyce Letter to Steve Lundwall (5/22/2009) | A6 – A7 |
| 4 | Steve Lundwall Letter to Maria Boyce (5/28/2009) | A8 – A10 |
| 5 | Declaration of John McKeachnie (5/6/2009) (**FILED UNDER SEAL**) | A11 – A14.13 |
| 6 | Halliburton's ("HES") Identification of Instrumentalities that Practice the Asserted Claims (4/1/2008) | A15 – A31 |
| 7 | Peter Schroeder Letter to Peter Ormbsy (8/19/2003) | A32 – A33 |
| 8 | Peter Orsmby Letter to Renee Skinner (7/24/2003) | A34 – A37 |
| 9 | Weatherford Assembly Drawings Produced to HES between June 2003 and July 2004 (**FILED UNDER SEAL**) | A38 – A73 |
| 10 | HES's Motion to Overrule Weatherford's Interrogatory Objection (Dkt. No. 113) (4/30/2009) | A74 – A87 |
| 11 | HES's Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions (6/17/2009) | A88 – A116 |
| 12 | HES's Infringement Charts (4/1/2008) | A117 – A139 |
| 13 | Davis-Lynch, Inc. v. Weatherford Int'l, Inc., No. 6:07-cv-559, 2009 WL 81874 (E.D. Tex., Jan. 12, 2009)(referred to as *Davis-Lynch I* | A140 – A146 |
| 14 | Davis-Lynch, Inc. v. Weatherford Int'l, Inc., No. 6:07-cv-559, slip op., (E.D. Tex., Feb. 20, 2009) Order Denying Davis-Lynch Motion for Reconsideration of *Davis-Lynch I* (referred to as *Davis-Lynch II*) | A147 – A152 |
| 15 | Weatherford Float & Stage Equipment Catalog (2003) | A153 – A 197 |
| 16 | Excerpt from Merriam-Webster's Collegiate Dictionary, Ninth Ed. 1989 | A198 – A202 |
| 17 | *West v. Jewelry Innovations, Inc.,* No. C07-1812 JF (HRL), 2008 WL 4532558 (N.D. Cal. Oct. 8, 2008) | A203 – A207 |

| 18 | *Berger v. Rossignol Ski Co., Inc.,* No. C05-2523, 2006 WL 2038324 (N.D. Cal. July 17, 2006) | A208 – A210 |
| 19 | *Berger v. Rossignol Ski Co., Inc.,* No. C05-2523 CRB, 2006 WL 1095914 (N.D. Cal. April 25, 2006) | A211 – A217 |
| 20 | *Informatica Corp. vi. Business Objects Data Integration, Inc.,* No. C02-3378 JSW, 2006 WL 463549 (N.D. Cal. Feb. 23, 2006) | A218 – A220 |
| 21 | Declaration of Luke Culpepper (6/23/2009) | A221 – A226 |