IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HALLIBURTON ENERGY SERVICES, INC.,

        Plaintiff,

   v.

WEATHERFORD INTERNATIONAL, INC. and
BJ SERVICES COMPANY,

        Defendants.

CIVIL ACTION NO. 3:07-CV-2144-N

Jury Demanded

# EXHIBIT 1

**TO WEATHERFORD'S BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE THE LOCAL PATENT RULES, TO STRIKE PLAINTIFF'S MON 62¶ 3-1 INFRINGEMENT CONTENTIONS AND TO DISMISS PLAINTIFF'S CLAIMS <u>NOT SUPPORTED BY VALID INFRINGEMENT CONTENTIONS</u>**

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  +1 713.229.1234
FAX  +1 713.229.1522
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

074263.0445

May 12, 2009

Maria Wyckoff Boyce
TEL  713.229.1922
FAX  713.229.1522
maria.boyce@bakerbotts.com

VIA ELECTRONIC MAIL

Mr. Stephen L. Lundwall
Howrey LLP
1111 Louisiana St., 25th Floor
Houston, Texas 77002

Re:  Civil Action No. 3:07-CV-2144-K; *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company,* in the United States District Court for the Northern District of Texas, Dallas Division

Dear Steve:

During yesterday's hearing, Judge Godbey stated that HES should consider supplementing its Rule 3-1 charts following the receipt of Weatherford's answer to Interrogatory No. 1. After HES receives Weatherford's complete answer to Interrogatory No. 1 that includes all model numbers, Halliburton will follow the Court's suggestion and serve a supplement to its infringement contentions that lists all model numbers for the previously identified FracGuard composite frac plug and FracGuard composite bridge plug. By this supplement, HES is not attempting to expand or amend the scope of its infringement contentions. Rather, HES is providing more detail (in the form of model numbers) that will supplement HES's previous identification of the same infringing products by name.

Judge Godbey also suggested that counsel for Weatherford should talk to counsel for HES before filing a motion to strike HES's infringement contentions. We are hopeful that HES's willingness to supplement its infringement contentions, as set forth above, will avoid the necessity of involving the Court on this same issue once again. Accordingly, we look forward to speaking with you regarding this issue.

Sincerely,

Maria Wyckoff Boyce

**A2**