IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N <br><br> Jury Demanded |

# EXHIBIT 3

**TO WEATHERFORD'S BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE THE LOCAL PATENT RULES, TO STRIKE PLAINTIFF'S MON 62¶ 3-1 INFRINGEMENT CONTENTIONS AND TO DISMISS PLAINTIFF'S CLAIMS <u>NOT SUPPORTED BY VALID INFRINGEMENT CONTENTIONS</u>**

A6

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

074263.0445

May 22, 2009

Maria Wyckoff Boyce
TEL 713.229.1922
FAX 713.229.1522
maria.boyce@bakerbotts.com

VIA ELECTRONIC MAIL

Mr. Stephen L. Lundwall
Howrey LLP
1111 Louisiana St., 25th Floor
Houston, Texas 77002

Re: Civil Action No. 3:07-CV-2144-K; *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company,* in the United States District Court for the Northern District of Texas, Dallas Division

Dear Steve:

    Thank you for your letter of May 20, 2009, which enclosed Weatherford's amended answer to Interrogatory No. 1. Now that HES has received Weatherford's complete answer to Interrogatory No. 1, HES will follow Judge Godbey's suggestion at the May 11 hearing and supplement its Rule 3-1 charts within 30 days. As I stated in my previous letter of May 12, this supplement will not expand or amend the scope of HES' infringement contentions. Rather, the supplement will simply provide more detail (in the form of model numbers) to HES' previous proper identification of the same infringing products by name. Because HES is not seeking to add any new products to or otherwise amend the scope of its infringement contentions, Local Rule 3-7 is inapplicable.

    Pursuant to Judge Godbey's suggestion that counsel for Weatherford confer with counsel for HES before filing a motion to strike HES' infringement contentions, we believe that a telephone conference to discuss these issues is appropriate. We look forward to hearing from you in the event you still intend to move forward with a motion to strike.

Sincerely,

*/s/ Maria Wyckoff Boyce*

Maria Wyckoff Boyce

HOU02:1171012.2

**A7**