IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br>     Plaintiff, <br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, <br><br>     Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N <br><br> Jury Demanded |

**EXHIBIT 5 (A 11 – A 14.13)**

**WEATHERFORD'S BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE THE LOCAL PATENT RULES, TO STRIKE PLAINTIFF'S MON 62¶ 3-1 INFRINGEMENT CONTENTIONS AND TO DISMISS PLAINTIFF'S CLAIMS <u>NOT SUPPORTED BY VALID INFRINGEMENT CONTENTIONS</u>**

# FILED UNDER SEAL

THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CLAIMED TO BE CONFIDENTIAL, CONFIDENTIAL-ATTORNEYS' EYES ONLY, OR CONFIDENTIAL-OUTSIDE EXPERTS AND ATTORNEYS' EYES ONLY AND COVERED BY A PROTECTIVE ORDER

**A11**