IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br><br>　　　Plaintiff,<br>　v.<br><br>WEATHERFORD INTERNATIONAL, INC. and<br>BJ SERVICES COMPANY,<br><br>　　　Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N<br><br>Jury Demanded |

# EXHIBIT 6

**TO WEATHERFORD'S BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE
THE LOCAL PATENT RULES, TO STRIKE PLAINTIFF'S MON 62¶ 3-1
INFRINGEMENT CONTENTIONS AND TO DISMISS PLAINTIFF'S CLAIMS
<u>NOT SUPPORTED BY VALID INFRINGEMENT CONTENTIONS</u>**

# EXHIBIT C

| SAP # | Description |
| --- | --- |
| 100004410 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 3 1/2 IN |
| 100004419 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 2 7/8 INCH |
| 100004422 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH |
| 100004425 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 4 1/2 IN 3.66 OD |
| 100004426 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.66 OD |
| 100004427 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 INCH |
| 100004428 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 1/2 INCH |
| 100004429 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 100004430 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, HW |
| 100004431 | BRIDGE PLUG ASSEMBLY, 5K 250F, FAS DRILL, 9 5/8 IN |
| 100007932 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 2 7/8 INCH |
| 100009851 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 INCH |
| 100013789 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 4 1/2 IN |
| 100013793 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 5 1/2 IN |
| 100013810 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, LW |
| 100073667 | PKR ASSY,FAS DR,2 7/8 IN |
| 100073689 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 5 INCH |
| 100073701 | PKR ASSY,FAS DR,HVY WT,29-38#,7 IN |
| 100073709 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 7 IN, LW |
| 100073907 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 13 3/8 INCH |
| 100073960 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 1/2 INCH |

| SAP # | Description |
| --- | --- |
| 100073972 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, LW |
| 100073976 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, HW |
| 100073977 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 5/8 INCH |
| 101004020 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101005532 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 INCH, HW |
| 101007576 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 3 1/2 INCH, LW |
| 101202702 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3-1/2 INCH, LW |
| 101203305 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 IN, 3.66 OD |
| 101203594 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 101206084 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 5/8 INCH |
| 101210739 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, LW |
| 101210977 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101215878 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, HW |
| 101216645 | FRAC PLUG ASSY, 10K 350 F, 4 1/2 IN, 3.66 OD CAGED BALL |
| 101244029 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 4 1/2 IN, MCC BUTTON S |
| 101244033 | BRIDGE PLUG ASSEMBLY, 8K 250 F, FAS DRILL, 5 1/2 INCH, MCC BUTTONS |
| 101244034 | RS FRAC PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 IN, MCC BUTTONS |
| 101246156 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, LW |
| 101246229 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, HW |
| 101246901 | FRAC PLUG ASSY, 8K 250F, FAS DRILL, 3 1/2 IN, LW, MCC BUTTONS |
| 101249602 | BRIDGE PLUG ASSY, 10K ABOVE 8K BELOW 300F, 3 1/2 IN HW |
| 101251363 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 11 3/4 INCH |
| 101252350 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 9 5/8 INCH |

| SAP # | Description |
| --- | --- |
| 101252358 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 13 3/8 INCH |
| 101252474 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 11 3/4 INCH |
| 101271009 | BRIDGE PLUG ASSY, 8K 250 F, 4 1/2 INCH, 3.60 OD, MCC BUTTONS |
| 101275188 | BRIDGE PLUG ASSEMBLY, FAS DRILL, 10 3/4 INCH |
| 101275189 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 10 3/4 INCH |
| 101280500 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH, LW |
| 101282953 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 4 1/2 IN, 3.66 OD |
| 101287692 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 5 1/2 IN, 4.37 OD |
| 101304812 | PKR ASSY,SL V,FAS DR,10 3/4 I |
| 101304838 | BRDG PLUG ASSY,FAS DR,10 3/4 |
| 101323158 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.66 OD |
| 101323405 | BRIDGE PLUG ASSY, FAS DRILL ARRAY, 4 1/2 INCH, 3.66 OD |
| 101324259 | BRIDGE PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101324260 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101325369 | FRAC PLUG ASSY, 10K 350 F, 4 1/2 IN, 3.60 IN OD, LOC |
| 101326602 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.60 OD |
| 101327589 | BRIDGE PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101329594 | BRIDGE PLUG ASSY, 8K 350F FAS DRILL, 2-7/8 IN, MCC BUTTONS |
| 101343703 | BRIDGE PLUG ASSY, 5K 250F, 10 3/4 IN, HW, CERAMIC BUTTONS |
| 101344039 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH, HW |
| 101344715 | FRAC PLUG ASSY 8K 300F F/D 4-1/2" W/LOCK MECHANISM |
| 101344718 | FRAC PLUG ASSY, 8K 300F, FAS DRILL, 4 1/2 INCH, 3.60 OD, LOC |
| 101344720 | FRAC PLUG ASSY 5 1/2" 8K 300F W/LOCK MECH, FAS DRILL |

| SAP # | Description |
| --- | --- |
| 101346015 | FRAC PLUG ASSEMBLY, HPHT FAS DRILL, 2 7/8 INCH |
| 101363987 | FRAC PLUG ASSEMBLY, 8K 250 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101365954 | FRAC PLUG ASSY, 8K 300F, 4 1/2 IN, 3.60 OD, EIGHT UPPER SLIPS |
| 101368952 | FRAC PLUG ASSY, 8K 300 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101376334 | BRIDGE PLUG ASSY, 5K 250 F, 5 1/2 INCH, 4.15 IN OD, 23 LB |
| 101378455 | BRIDGE PLUG ASSY, 10K 350 F, 3 1/2 IN, HW, 80 DURO CENTER |
| 101379698 | PACKER ASSY, F/D SVB, VLV, GUN ADAPTOR, HW 7" 29-38 POUND |
| 101379699 | PACKER ASSY, 5K 250F, SVB, 7 IN, LW, 2 7/8 8RD EUE DGA |
| 101379700 | PACKER ASSY, 5K 250F, SVB, 7 5/8 INCH, 2 7/8 8RD EUE DGA |
| 101379701 | PACKER ASSY, F/D SVB VANVE W/2-7/8 8 RD EUE DGA, 9-5/8" |
| 101380712 | FRAC PLUG ASSY, 10K 350F, FAS DRILL, 4 1/2 IN, HW, CAGED BALL |
| 101384759 | FRAC PLUG ASSY, 8K 300 F, 4-1/2 INCH, 3.60 OD CAGED BALL |
| 101400321 | FRAC PLUG ASSY, 10K 350 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101408287 | FRAC PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101408289 | FRAC PLUG ASSY, FAS DRILL ARRAY, 4 1/2 IN, 3.60 OD CAGE BALL |
| 101424897 | FRAC PLUG ASSY, FAS DRILL ARRAY, 4 1/2 INCH, 3.66 OD |
| 101424968 | FRAC PLUG ASSY, ARRAY, F/D 4 1/2", CAGE BALL |
| 101435096 | FRAC PLUG ASSY, 8K 300 F, SPEEDY LINE II, 4-1/2, 11.6 CASING |
| 101437656 | FRAC PLUG ASSY, 8K 300F F/D 4 1/2 IN HW, 3.44 OD, CAGED BALL |
| 101442289 | FRAC PLUG ASSY, 8K 300F FAS DRILL, 4 1/2" HW CAGED BALL |
| 101442290 | BRIDGE PLUG ASSY, 8K 300F F/D, W/ CAST IRON SLIPS 4 1/2 IN HW |
| 101443688 | BRIDGE PLUG ASSY, 8K 300F FAS DRILL, 4 1/2 IN HW, 3.44 OD |
| 101450111 | FRAC PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 INCH, MCC BUTTONS, 1.3 SPECIFIC GRAVITY BALL |

| SAP # | Description |
| --- | --- |
| 101462491 | FRAC PLUG ASSY,8K 200 F,FAS DR,5 1/2 IN,CAGED BALL, PUMP DOWN GROOVE |
| 101504269 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 IN, PUMP DOWN |
| 101504271 | FRAC PLUG ASSEMBLY, 5K 250F, F/D, 5-1/2 INCH, PUMP DOWN |
| 101505460 | FRAC PLUG ASSY, 10K 300F, F/D, 4-1/2 IN HW CAGED BALL |
| 101509168 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL, POPPET VALVE, 9-5/8 INCH |
| 101517665 | FRAC PLUG ASSEMBLY, 8K 250F, F/D, 5-1/2 INCH, MCC, PUMP DOWN |
| 101518623 | FRAC PLUG ASSY, 8K 250F, F/D, 5-1/2IN, CAGED BALL, PUMP DOWN |
| 101529066 | FRAC PLUG ASSY, 8K 300F, F/D, 4-1/2IN, CAGED BALL, PUMP DOWN |
| 101534112 | FRAC PLUG ASSY,ARRAY,FAS DR,5 1/2 IN, |
| 101534113 | FRAC PLUG ASSY,ARRAY,FAS DR,5 1/2 IN, |
| 101539225 | BRDG PLUG ASSY,FAS DR ARRAY,5 1/2 IN |
| 101544614 | FRAC PLUG ASSY,8K 300 F,FAS DR,4 1/2 IN, PUMP DOWN |
| 101544618 | BRIDGE PLUG ASSY,8K 250 F,FAS DR,4 1/2 IN, PUMP DOWN |
| 101554890 | BRIDGE PLUG ASSY, FAS DRILL, TC, 5 1/2 INCH |
| 101554891 | FRAC PLUG ASSY, FAS DRILL TC, 5 1/2 IN, PUMP DOWN GROOVE |
| 101554892 | FRAC PLUG ASSY, FAS DRILL TC, 5 1/2 IN, CAGE, PUMP DOWN |
| 101561490 | BRIDGE PLUG ASSEMBLY, 12 K 300 F, SPEEDY LINE II, 4 1/2 INCH |
| 101567912 | FRAC PLUG ASSEMBLY, FAS DRILL, 7 5/8 INCH, 8K, 250F |
| 101569812 | FRAC PLUG ASSY, 10K 300F F/D TC 4-1/2 IN HW, CAGED BALL |
| 101569815 | BRIDGE PLUG ASSY, 10K 300F F/D TC 4-1/2 IN 13.5-15.1 LB/FT |
| 101592358 | BRIDGE PLUG ASSY, DRILLABLE, 3.60 IN OD, 4 1/2 IN |
| 101624259 | BRIDGE PLUG ASSY, OBSIDIAN, 4-1/2 INCH, 3.66 OD |
| 101624260 | BRIDGE PLUG ASSY, OBSIDIAN, 10K-250, 4-1/2 INCH |

| SAP # | Description |
|---|---|
| 101627630 | FRAC PLUG ASSY, OBSIDIAN, 10K-250, 4-1/2 INCH W/1.3SG BALL |
| 101636119 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.66 OD |
| 101636251 | BRIDGE PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |
| 101636252 | FRAC PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |

**A21**

# EXHIBIT D

| SAP # | Description |
|---|---|
| 100004426 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.66 OD |
| 100004429 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 100007932 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 2 7/8 INCH |
| 101004020 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101005532 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 INCH, HW |
| 101203594 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 101216645 | FRAC PLUG ASSY, 10K 350 F, 4 1/2 IN, 3.66 OD CAGED BALL |
| 101249602 | BRIDGE PLUG ASSY, 10K ABOVE 8K BELOW 300F, 3 1/2 IN HW |
| 101323405 | BRIDGE PLUG ASSY, FAS DRILL ARRAY, 4 1/2 INCH, 3.66 OD |
| 101324259 | BRIDGE PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101327589 | BRIDGE PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101380712 | FRAC PLUG ASSY, 10K 350F, FAS DRILL, 4 1/2 IN, HW,CAGED BALL |
| 101400321 | FRAC PLUG ASSY, 10K 350 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101435096 | FRAC PLUG ASSY, 8K 300 F, SPEEDY LINE II, 4-1/2, 11.6 CASING |
| 101442289 | FRAC PLUG ASSY, 8K 300F FAS DRILL, 4 1/2" HW CAGED BALL |
| 101442290 | BRIDGE PLUG ASSY, 8K 300F F/D, W/ CAST IRON SLIPS4 1/2 IN HW |
| 101539225 | BRDG PLUG ASSY,FAS DR ARRAY,5 1/2 IN |
| 101561490 | BRIDGE PLUG ASSEMBLY, 12 K 300 F, SPEEDY LINE II, 4 1/2 INCH |
| 101636251 | BRIDGE PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |
| 101636252 | FRAC PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |

# EXHIBIT E

| SAP No. | Description |
|---|---|
| 100004419 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 2 7/8 INCH |
| 100004422 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH |
| 100004425 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 4 1/2 IN 3.66 OD |
| 100004427 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 INCH |
| 100004428 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 1/2 INCH |
| 100004429 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 100004430 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, HW |
| 100004431 | BRIDGE PLUG ASSEMBLY, 5K 250F, FAS DRILL, 9 5/8 IN |
| 100007932 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 2 7/8 INCH |
| 100009851 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 INCH |
| 100013810 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, LW |
| 100073907 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 13 3/8 INCH |
| 100073972 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, LW |
| 100073976 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, HW |
| 100073977 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 5/8 INCH |
| 101004020 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101005532 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 INCH, HW |
| 101007576 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 3 1/2 INCH, LW |
| 101202702 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3-1/2 INCH, LW |
| 101206084 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 5/8 INCH |
| 101244029 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 4 1/2 IN, MCC BUTTON S |

A24

| SAP No. | Description |
|---|---|
| 101244033 | BRIDGE PLUG ASSEMBLY, 8K 250 F, FAS DRILL, 5 1/2 INCH, MCC BUTTONS |
| 101246156 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, LW |
| 101246229 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, HW |
| 101251363 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 11 3/4 INCH |
| 101252350 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 9 5/8 INCH |
| 101252358 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 13 3/8 INCH |
| 101252474 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 11 3/4 INCH |
| 101271009 | BRIDGE PLUG ASSY, 8K 250 F, 4 1/2 INCH, 3.60 OD, MCC BUTTONS |
| 101275188 | BRIDGE PLUG ASSEMBLY, FAS DRILL, 10 3/4 INCH |
| 101282953 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 4 1/2 IN, 3.66 OD |
| 101287692 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 5 1/2 IN, 4.37 OD |
| 101304812 | PKR ASSY,SL V,FAS DR,10 3/4 I |
| 101304838 | BRDG PLUG ASSY,FAS DR,10 3/4 |
| 101324259 | BRIDGE PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101327589 | BRIDGE PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101329594 | BRIDGE PLUG ASSY, 8K 350F FAS DRILL, 2-7/8 IN, MCC BUTTONS |
| 101343703 | BRIDGE PLUG ASSY, 5K 250F, 10 3/4 IN, HW, CERAMIC BUTTONS |
| 101376334 | BRIDGE PLUG ASSY, 5K 250 F, 5 1/2 INCH, 4.15 IN OD, 23 LB |
| 101378455 | BRIDGE PLUG ASSY, 10K 350 F, 3 1/2 IN, HW, 80 DURO CENTER |
| 101379698 | PACKER ASSY, F/D SVB, VLV, GUN ADAPTOR, HW 7" 29-38 POUND |
| 101379699 | PACKER ASSY, 5K 250F, SVB, 7 IN, LW, 2 7/8 8RD EUE DGA |
| 101379700 | PACKER ASSY, 5K 250F, SVB, 7 5/8 INCH, 2 7/8 8RD EUE DGA |
| 101379701 | PACKER ASSY, F/D SVB VANVE W/2-7/8 8 RD EUE DGA, 9-5/8" |

| SAP No. | Description |
| --- | --- |
| 101380712 | FRAC PLUG ASSY, 10K 350F, FAS DRILL, 4 1/2 IN, HW,CAGED BALL |
| 101400321 | FRAC PLUG ASSY, 10K 350 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101442290 | BRIDGE PLUG ASSY, 8K 300F F/D, W/ CAST IRON SLIPS4 1/2 IN HW |
| 101443688 | BRIDGE PLUG ASSY, 8K 300F FAS DRILL, 4 1/2 IN HW, 3.44 OD |
| 101504269 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 IN, PUMP DOWN |
| 101539225 | BRDG PLUG ASSY,FAS DR ARRAY,5 1/2 IN |
| 101544618 | BRIDGE PLUG ASSY,8K 250 F,FAS DR,4 1/2 IN, PUMP DOWN |
| 101554890 | BRIDGE PLUG ASSY, FAS DRILL, TC, 5 1/2 INCH |
| 101561490 | BRIDGE PLUG ASSEMBLY, 12 K 300 F, SPEEDY LINE II, 4 1/2 INCH |
| 101569815 | BRIDGE PLUG ASSY, 10K 300F F/D TC 4-1/2 IN 13.5-15.1 LB/FT |
| 101592358 | BRIDGE PLUG ASSY, DRILLABLE, 3.60 IN OD, 4 1/2 IN |
| 101624259 | BRIDGE PLUG ASSY, OBSIDIAN, 4-1/2 INCH, 3.66 OD |
| 101624260 | BRIDGE PLUG ASSY, OBSIDIAN, 10K-250, 4-1/2 INCH |
| 101627630 | FRAC PLUG ASSY, OBSIDIAN, 10K-250, 4-1/2 INCH W/1.3SG BALL |
| 101636251 | BRIDGE PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |
| 101636252 | FRAC PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |

# EXHIBIT F

| SAP No. | Description |
| --- | --- |
| 100004410 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 3 1/2 IN |
| 100004419 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 2 7/8 INCH |
| 100004422 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH |
| 100004425 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 4 1/2 IN 3.66 OD |
| 100004426 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.66 OD |
| 100004427 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 INCH |
| 100004428 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 1/2 INCH |
| 100004429 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 100004430 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, HW |
| 100004431 | BRIDGE PLUG ASSEMBLY, 5K 250F, FAS DRILL, 9 5/8 IN |
| 100007932 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 2 7/8 INCH |
| 100009851 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 INCH |
| 100013789 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 4 1/2 IN |
| 100013793 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 5 1/2 IN |
| 100013810 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, LW |
| 100073667 | PKR ASSY,FAS DR,2 7/8 IN |
| 100073689 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 5 INCH |
| 100073701 | PKR ASSY,FAS DR,HVY WT,29-38#,7 IN |
| 100073709 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL POPPET VALVE, 7 IN, LW |
| 100073907 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 13 3/8 INCH |
| 100073960 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 5 1/2 INCH |

| SAP No. | Description |
| --- | --- |
| 100073972 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, LW |
| 100073976 | BRIDGE PLUG ASSEMBLY, 8K 350 F, FAS DRILL, 7 INCH, HW |
| 100073977 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 5/8 INCH |
| 101004020 | BRIDGE PLUG ASSEMBLY, 10K 350F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101005532 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 INCH, HW |
| 101007576 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 3 1/2 INCH, LW |
| 101202702 | BRIDGE PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3-1/2 INCH, LW |
| 101203305 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 IN, 3.66 OD |
| 101203594 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 5 1/2 INCH |
| 101206084 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 5/8 INCH |
| 101210739 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, LW |
| 101210977 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 4 1/2 IN, 3.60 OD |
| 101215878 | FRAC PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 7 INCH, HW |
| 101216645 | FRAC PLUG ASSY, 10K 350 F, 4 1/2 IN, 3.66 OD CAGED BALL |
| 101244029 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 4 1/2 IN, MCC BUTTON S |
| 101244033 | BRIDGE PLUG ASSEMBLY, 8K 250 F, FAS DRILL, 5 1/2 INCH, MCC BUTTONS |
| 101244034 | RS FRAC PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 IN, MCC BUTTONS |
| 101246156 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, LW |
| 101246229 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 7 INCH, HW |
| 101246901 | FRAC PLUG ASSY, 8K 250F, FAS DRILL, 3 1/2 IN, LW, MCC BUTTONS |
| 101249602 | BRIDGE PLUG ASSY, 10K ABOVE 8K BELOW 300F, 3 1/2 IN HW |
| 101251363 | BRIDGE PLUG ASSEMBLY, 5K 250 F, FAS DRILL, 11 3/4 INCH |
| 101252350 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 9 5/8 INCH |

| SAP No. | Description |
| --- | --- |
| 101252358 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 13 3/8 INCH |
| 101252474 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 11 3/4 INCH |
| 101271009 | BRIDGE PLUG ASSY, 8K 250 F, 4 1/2 INCH, 3.60 OD, MCC BUTTONS |
| 101275188 | BRIDGE PLUG ASSEMBLY, FAS DRILL, 10 3/4 INCH |
| 101275189 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 10 3/4 INCH |
| 101280500 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH, LW |
| 101282953 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 4 1/2 IN, 3.66 OD |
| 101287692 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL SVB, 5 1/2 IN, 4.37 OD |
| 101304812 | PKR ASSY,SL V,FAS DR,10 3/4 I |
| 101304838 | BRDG PLUG ASSY,FAS DR,10 3/4 |
| 101323158 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.66 OD |
| 101323405 | BRIDGE PLUG ASSY, FAS DRILL ARRAY, 4 1/2 INCH, 3.66 OD |
| 101324259 | BRIDGE PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101324260 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 5 1/2 INCH |
| 101325369 | FRAC PLUG ASSY, 10K 350 F, 4 1/2 IN, 3.60 IN OD, LOC |
| 101326602 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.60 OD |
| 101327589 | BRIDGE PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101329594 | BRIDGE PLUG ASSY, 8K 350F FAS DRILL, 2-7/8 IN, MCC BUTTONS |
| 101343703 | BRIDGE PLUG ASSY, 5K 250F, 10 3/4 IN, HW, CERAMIC BUTTONS |
| 101344039 | FRAC PLUG ASSEMBLY, 10K 350 F, FAS DRILL, 3 1/2 INCH, HW |
| 101344715 | FRAC PLUG ASSY 8K 300F F/D 4-1/2" W/LOCK MECHANISM |
| 101344718 | FRAC PLUG ASSY, 8K 300F, FAS DRILL, 4 1/2 INCH, 3.60 OD, LOC |
| 101344720 | FRAC PLUG ASSY 5 1/2" 8K 300F W/LOCK MECH, FAS DRILL |

HOU03:1152447

F-3

**A28**

| SAP No. | Description |
| --- | --- |
| 101346015 | FRAC PLUG ASSEMBLY, HPHT FAS DRILL, 2 7/8 INCH |
| 101363987 | FRAC PLUG ASSEMBLY, 8K 250 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101365954 | FRAC PLUG ASSY, 8K 300F, 4 1/2 IN, 3.60 OD, EIGHT UPPER SLIPS |
| 101368952 | FRAC PLUG ASSY, 8K 300 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101376334 | BRIDGE PLUG ASSY, 5K 250 F, 5 1/2 INCH, 4.15 IN OD, 23 LB |
| 101378455 | BRIDGE PLUG ASSY, 10K 350 F, 3 1/2 IN, HW, 80 DURO CENTER |
| 101379698 | PACKER ASSY, F/D SVB, VLV, GUN ADAPTOR, HW 7" 29-38 POUND |
| 101379699 | PACKER ASSY, 5K 250F, SVB, 7 IN, LW, 2 7/8 8RD EUE DGA |
| 101379700 | PACKER ASSY, 5K 250F, SVB, 7 5/8 INCH, 2 7/8 8RD EUE DGA |
| 101379701 | PACKER ASSY, F/D SVB VANVE W/2-7/8 8 RD EUE DGA, 9-5/8" |
| 101380712 | FRAC PLUG ASSY, 10K 350F, FAS DRILL, 4 1/2 IN, HW, CAGED BALL |
| 101384759 | FRAC PLUG ASSY, 8K 300 F, 4-1/2 INCH, 3.60 OD CAGED BALL |
| 101400321 | FRAC PLUG ASSY, 10K 350 F, FAS DRILL, 5 1/2 INCH, CAGED BALL |
| 101408287 | FRAC PLUG ASSEMBLY, FAS DRILL ARRAY, 4 1/2 INCH, 3.60 OD |
| 101408289 | FRAC PLUG ASSY, FAS DRILL ARRAY, 4 1/2 IN, 3.60 OD CAGE BALL |
| 101424897 | FRAC PLUG ASSY, FAS DRILL ARRAY, 4 1/2 INCH, 3.66 OD |
| 101424968 | FRAC PLUG ASSY, ARRAY, F/D 4 1/2", CAGE BALL |
| 101435096 | FRAC PLUG ASSY, 8K 300 F, SPEEDY LINE II, 4-1/2, 11.6 CASING |
| 101437656 | FRAC PLUG ASSY, 8K 300F F/D 4 1/2 IN HW, 3.44 OD, CAGED BALL |
| 101442289 | FRAC PLUG ASSY, 8K 300F FAS DRILL, 4 1/2" HW CAGED BALL |
| 101442290 | BRIDGE PLUG ASSY, 8K 300F F/D, W/ CAST IRON SLIPS 4 1/2 IN HW |
| 101443688 | BRIDGE PLUG ASSY, 8K 300F FAS DRILL, 4 1/2 IN HW, 3.44 OD |
| 101450111 | FRAC PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 INCH, MCC BUTTONS, 1.3 SPECIFIC GRAVITY BALL |

| SAP No. | Description |
| --- | --- |
| 101462491 | FRAC PLUG ASSY,8K 200 F,FAS DR,5 1/2 IN,CAGED BALL, PUMP DOWN GROOVE |
| 101504269 | BRIDGE PLUG ASSY, 8K 250 F, FAS DRILL, 5 1/2 IN, PUMP DOWN |
| 101504271 | FRAC PLUG ASSEMBLY, 5K 250F, F/D, 5-1/2 INCH, PUMP DOWN |
| 101505460 | FRAC PLUG ASSY, 10K 300F, F/D, 4-1/2 IN HW CAGED BALL |
| 101509168 | PACKER ASSEMBLY, 5K 250 F, FAS DRILL, POPPET VALVE, 9-5/8 INCH |
| 101517665 | FRAC PLUG ASSEMBLY, 8K 250F, F/D, 5-1/2 INCH, MCC, PUMP DOWN |
| 101518623 | FRAC PLUG ASSY, 8K 250F, F/D, 5-1/2IN, CAGED BALL, PUMP DOWN |
| 101529066 | FRAC PLUG ASSY, 8K 300F, F/D, 4-1/2IN, CAGED BALL, PUMP DOWN |
| 101534112 | FRAC PLUG ASSY,ARRAY,FAS DR,5 1/2 IN, |
| 101534113 | FRAC PLUG ASSY,ARRAY,FAS DR,5 1/2 IN, |
| 101539225 | BRDG PLUG ASSY,FAS DR ARRAY,5 1/2 IN |
| 101544614 | FRAC PLUG ASSY,8K 300 F,FAS DR,4 1/2 IN, PUMP DOWN |
| 101544618 | BRIDGE PLUG ASSY,8K 250 F,FAS DR,4 1/2 IN, PUMP DOWN |
| 101554890 | BRIDGE PLUG ASSY, FAS DRILL, TC, 5 1/2 INCH |
| 101554891 | FRAC PLUG ASSY, FAS DRILL TC, 5 1/2 IN, PUMP DOWN GROOVE |
| 101554892 | FRAC PLUG ASSY, FAS DRILL TC, 5 1/2 IN, CAGE, PUMP DOWN |
| 101561490 | BRIDGE PLUG ASSEMBLY, 12 K 300 F, SPEEDY LINE II, 4 1/2 INCH |
| 101567912 | FRAC PLUG ASSEMBLY, FAS DRILL, 7 5/8 INCH, 8K, 250F |
| 101569812 | FRAC PLUG ASSY, 10K 300F F/D TC 4-1/2 IN HW, CAGED BALL |
| 101569815 | BRIDGE PLUG ASSY, 10K 300F F/D TC 4-1/2 IN 13.5-15.1 LB/FT |
| 101627630 | FRAC PLUG ASSY, OBSIDIAN, 10K-250, 4-1/2 INCH W/1.3SG BALL |
| 101636119 | FRAC PLUG ASSEMBLY, 8K 300 F, FAS DRILL, 4 1/2 INCH, 3.66 OD |
| 101636251 | BRIDGE PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |

| SAP No. | Description |
|---|---|
| 101636252 | FRAC PLUG ASSEMBLY, SPEEDY LINE II, COMPACT, 8K, 235 F, |