THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.3:07-cv-2144-N |
| | § | |
| WEATHERFORD INTERNATIONAL, | § | |
| INC. and BJ SERVICES COMPANY, | § | Jury Demanded |
| | § | |
| Defendants. | § | |

**APPENDIX OF EXHIBITS 1-12
TO BJ SERVICES COMPANY'S BRIEF IN SUPPORT OF ITS
<u>MOTION TO STRIKE INFRINGEMENT CLAIMS FOR FOUR TOOLS</u>**

| EXH | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Jayme Partridge letter to Renee Skinner (7/30/03) | A1-A4 |
| 2 | Renee Skinner letter to Jayme Partridge (5/30/03) | A5-A8 |
| 3 | Court Order (Dkt 28)Granting Joint Motion for Entry of an Interim Discovery Order (3/14/08) | A9-A11 |
| 4 | BJ Services Engineering Drawing For Tool Model Number 78208-1 (Filed Under Seal) | A12-A17 |
| 5 | BJ Services Engineering Drawing For Tool Model Number 82082-1 (Filed Under Seal) | A18-A19 |
| 6 | BJ Services Engineering Drawing For Tool Model Number 80919-1 (Filed  Under Seal) | A20-A23 |
| 7 | BJ Services Engineering Drawings Produced in May 2003 including Tool Model Number 82193-1 (Filed Under Seal) | A24-A119 |
| 8 | Halliburton's Disclosure of Asserted Claims and Preliminary Infringement Contentions (4/1/08) | A120-126 |

| EXH | DESCRIPTION | PAGE |
|---|---|---|
| 9 | Halliburton's Infringement Charts (4/1/08) | A127-A177 |
| 10 | Halliburton's Supplemental Infringement Contentions (6/17/09) | A178-A182 |
| 11 | Halliburton's Supplemental Infringement Charts (6/17/09) | A183-A236 |
| 12 | Davis-Lynch, Inc. v Weatherford Int'l, Inc. No 6:07-cv-559, 2009 WL 81874 (E.D. Tex., Jan. 12, 2009) | A237-A243 |