IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION No.3:07-CV-2144-N |
| WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, | § § § | Jury Demanded |
| Defendants. | § § | |

# EXHIBIT 1

## TO BJ SERVICES COMPANY'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE INFRINGEMENT CLAIMS FOR FOUR TOOLS

A1

```
***********************
***  TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                1975
CONNECTION TEL          912142200445
SUBADDRESS
CONNECTION ID           CRUTSINGER & BOO
ST. TIME                07/30 15:34
USAGE T                 00'32
PGS. SENT               3
RESULT                  OK
```

## SLUSSER WILSON & PARTRIDGE LLP
4890 Three Allen Center
333 Clay Street
Houston, Texas 77002

Jayme Partridge
(713) 860-3306
partridge@slusser-law.com

Phone: (713) 860-3300
Facsimile: (713) 860-3333

### Fax Transmittal

July 30, 2003

To: Renee Skinner
Crutsinger & Booth
Fax No: (214) 220.0445
Telephone No: (214) 220.0444

From: Jayme Partridge
Slusser Wilson & Partridge LLP
Sender's Fax: (713) 860-3333
Sender's Phone: (713) 860-3306

Pages Sent: 3 (including cover)

Documents arriving by Federal Express July 31, 2003

A2

## SLUSSER WILSON & PARTRIDGE LLP

4890 Three Allen Center
333 Clay Street
Houston, Texas 77002

Jayme Partridge
(713) 860-3306
partridge@slusser-law.com

Phone:   (713) 860-3300
Facsimile: (713) 860-3333

July 30, 2003

Ms. Renée Skinner
Crutsinger & Booth
1601 Elm Street, Suite 1950
Dallas, Texas 75201-4744

Re:   *Halliburton Energy Services, Inc. vs. Weatherford International, Inc. and BJ Services Company*, In the United States District Court for the Northern District of Texas, Dallas Division; C.A. No. 3-02cv1347-P

Dear Renée:

Enclosed are BJ's documents, production nos. BJS002988 through BJS053734, which are contained on the enclosed six CDs, and 53 oversized drawings that are not contained on the CDs.

As you know, there were several corrupted images of BJ's drawings and specifications on the CDs BJ produced containing its initial production. Accordingly, also enclosed are two CDs, which contain BJ's initial production, production nos. BJS000001 through BJS002987, with the corrupted images corrected. Moreover, BJ produced hard copies of all of its drawings and specifications on July 7, 2003.

In addition to documents that are responsive to HES's initial requests for production, enclosed are virtually all of the documents BJ has been able to locate after a reasonably diligent search regarding BJ's downhole tools. The only documents that BJ has not yet produced are the actual job records regarding removal of some of BJ's downhole tools, which BJ is attempting to obtain from a newly acquired company. BJ will produce these documents as soon as they are gathered, reviewed, and marked.

Regarding the inspection of BJ's tools, as we have told you, BJ currently markets a total of five tools, including all sizes and models. Also, as you know, BJ markets only two models of tools – a high temperature model and a low temperature model. BJ has produced to HES one high temperature model, in a 4 ½" size, and one low temperature model, in a 5 ½" size. In addition, BJ has produced to HES all of the specifications for the downhole tools BJ has marketed. Although BJ believes that inspections of tools that are different only in size are unnecessary because none of the claims of the patents-in-suit has any limitations regarding size, BJ agreed to provide for inspection all other sizes of tool. Accordingly, BJ will provide for inspection, the three remaining tools – a 3 ½" and a 5 ½" high temperature tool and a 4 ½" low temperature tool.

00002831 / 1

Ms. Renée Skinner
July 30, 2003
Page 2

BJ will make these tools available in Houston. I can provide several potential dates and the exact location shortly. However, if you would like to suggest several dates, I will do my best to accommodate your request. Also, please provide a list of the persons who will be attending the inspection for HES. As you know, these tools are designated "Confidential" under the Amended Protective Order and will not be subject to destructive testing as defined in my previous letters.

Cordially,

*Jayme Partridge*

Jayme Partridge

cc: Christopher Weil
 Peter Ormsby
 Elizabeth Whitaker

00002831 / 1

A4