A5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No.3:07-CV-2144-N |
| | § | |
| WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, | § § § | Jury Demanded |
| Defendants. | § § | |

# EXHIBIT 2

## TO BJ SERVICES COMPANY'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE INFRINGEMENT CLAIMS FOR FOUR TOOLS

# CRUTSINGER & BOOTH

Attorneys at Law
Patent & Trademark Matters
1601 Elm Street, Suite 1950
Thanksgiving Tower
Dallas, Texas 75201-4744

GERALD G. CRUTSINGER
JOHN F. BOOTH
TODD E. ALBANESI
DAVID L. JOERS
PETER V. SCHROEDER
ANGIE M. AGUSTUS

TELEPHONE: (214) 220-0444
FACSIMILE: (214) 220-0445

e-mail: cblaw@ipoftexas.com

JAMES O. DIXON
OF COUNSEL

## FACSIMILE TRANSMISSION

DATE: May 30, 2003

TO:                                 Jayme partridge

FACSIMILE NO.:                      713-860-3333

FROM:                               Renee Skinner

NUMBER OF PAGES (Including this one):    3

OUR FILE:                           HAL146-1-L-18,673

If transmission is poor, or you do not receive all pages, please call (214) 220-0444 as soon as possible.

### CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission may contain confidential and/or legally privileged information. The information is intended only for use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information contained in and transmitted with this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone, and return the original documents to us at the above address via the United States Postal Service.

## CRUTSINGER & BOOTH
ATTORNEYS AT LAW
PATENT AND TRADEMARK MATTERS
THANKSGIVING TOWER
1601 ELM STREET, SUITE 1950
DALLAS, TEXAS 75201-4744

GERALD G. CRUTSINGER
JOHN F. BOOTH
TODD E. ALBANESI
DAVID L. JOERS
PETER V. SCHROEDER

May 30, 2003

TELEPHONE: 214-220-0444
FACSIMILE: 214-220-0445
e-mail: cblaw@ipoftexas.com
JAMES D. DIXON
OF COUNSEL

Mr. William C. Slusser
Ms. Jayme Partridge
Slusser & Frost, LLP
4890 Three Allen Center
333 Clay Street
Houston, TX 77002

Re: *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company*
Civil Action No. 02-CV-1347-P
Our File: HAL146-1-L-18,673

Dear Bill and Jayme:

We are in receipt of the two samples of BJ's composite tools and 96 pages of drawings and specifications.

Halliburton acknowledges BJ's designation of the technical drawings as "Outside Counsel Only." With regard to the tool samples, we disagree that the physical samples are properly designated as "Outside Counsel Only." This designation seems improper in light of BJ's previous assertion that the tool is publicly available, BJ's display of the tool at the hearing and Bill's offer to allow our client representatives to examine the tool during the hearing. We will treat the tool as "Outside Counsel Eyes Only" until the parties resolve the Amended Protective Order issues.

Furthermore, Halliburton will not agree to BJ's unsupported request that Halliburton refrain from destructive testing on the tools. These tests are necessary to Halliburton's evaluation of the tool's structure and components and are allowed under the Federal Rules of Civil Procedure. However, we will refrain from such testing until the Court has ruled on this issue.

We appreciate BJ's early production of these samples and drawings. We look forward to receiving a time and place when the remaining documents and things called for in Halliburton's Request for Production will be produced.

Sincerely yours,

CRUTSINGER & BOOTH

Renée Skinner

RS/vab

A7

# CRUTSINGER & BOOTH
ATTORNEYS AT LAW
PATENT AND TRADEMARK MATTERS
THANKSGIVING TOWER
1601 ELM STREET, SUITE 1950
DALLAS, TEXAS 75201-4744

GERALD G. CRUTSINGER
JOHN F. BOOTH
TODD E. ALBANESI
DAVID L. JOERS
PETER V. SCHROEDER

May 30, 2003

TELEPHONE: 214-220-0444
FACSIMILE: 214-220-0445
e-mail: cblaw@lpoftexas.com
JAMES O. DIXON
OF COUNSEL

Ms. Jayme Partridge
Slusser & Frost, LLP
4890 Three Allen Center
333 Clay Street
Houston, TX 77002

Mr. Peter Ormsby
Howrey Simon Arnold & White
750 Bearing Drive
Houston, TX 75057-2198

Re: *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company*
Civil Action No. 02-CV-1347-P
Our File: HAL146-1-L-18,673

Dear Jayme and Peter:

To my recollection, we did not agree on a date to exchange documents during our conference call regarding the Amended Protective Order. I would propose June 20, 2003 for that exchange. Halliburton agrees that this exchange may contain documents beyond the scope of those identified by all of the parties in their initial disclosures.

I look forward to hearing from both of you regarding the suggested date.

Sincerely yours,

CRUTSINGER & BOOTH

Renée Skinner

RS/vab

A8