IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., § § § Plaintiff, § v. § CIVIL ACTION No.3:07-CV-2144-N § WEATHERFORD INTERNATIONAL, INC. § and BJ SERVICES COMPANY, § Jury Demanded § § Defendants. § | |

# EXHIBIT 3

## TO BJ SERVICES COMPANY'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE INFRINGEMENT CLAIMS FOR FOUR TOOLS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 3-07CV-2144-N <br><br><br> JURY TRIAL DEMANDED |

## ORDER

Before this Court is the Joint Motion for Entry of an Interim Discovery Order. Following consideration of this motion, this Court hereby GRANTS the motion and ORDERS that:

1. All discovery in the matter styled *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company*, Civil Action No. 3:02-CV-1347-N ("the 2002 Action") is available for use in this lawsuit.

2. To the extent that any discovery in the 2002 Action has been designated with a confidentiality designation pursuant to the Amended Discovery Order in the 2002 Action (Docket No. 99), the use and disclosure of such discovery shall be governed according to the terms of the Amended Discovery Order as though such order had been entered in this action, except the parties in this new lawsuit may modify by written agreement any provisions of the Amended Discovery Order, and the discovery provided in the 2002 Action

ORDER - Page 1

A10

shall accordingly be governed by the Amended Discovery Order as modified by any written agreement.

3. This order shall not preclude the parties from moving for entry of a new or revised protective order in this action. Until such time, the terms of the protective order set forth in the Amended Discovery Order, as modified by any written agreement of the parties, shall govern the discovery proceedings in this case.

Signed March 14, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

ORDER - Page 2

A11