IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, <br><br> Defendants. | Civil Action No. 3:07-CV-2144-N <br><br><br> JURY TRIAL DEMANDED |

**ORDER**

Having considered Defendant Weatherford International, Inc.'s Motion to Enforce the Local Patent Rules, to Strike Plaintiff's MON 62 ¶ 3-1 Infringement Contentions and to Dismiss Plaintiff's Claims Not Supported by Valid Infringement Contentions, as well as all supporting and opposing papers, the Court is of the opinion that it should be, and hereby is, in all respects DENIED.

Signed on this _____ day of _____, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE