IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, <br><br> Defendants. | Civil Action No. 3:07-CV-2144-N <br><br><br> JURY TRIAL DEMANDED |

## APPENDIX IN SUPPORT OF
## HES' RESPONSE IN OPPOSITION TO
## WEATHERFORD'S MOTION TO ENFORCE THE LOCAL PATENT RULES, STRIKE HES' INFRINGEMENT CONTENTIONS, AND DISMISS HES' CLAIMS

| Ex. No. | Description | Page |
|---|---|---|
| A | HES' Disclosure of Asserted Claims & Preliminary Infringement Contentions | A1-A79 |
| B | July 8, 2008 Joint Motion to Modify Deadlines | A80-A86 |
| C | Excerpts from Weatherford's Disclosure of Prelim. Invalidity Contentions | A87-A90 |
| D | Weatherford's First Set of Requests for Admission to HES | A91-A102 |
| E | Weatherford's Objections & Answers to HES' First Set of Interrogatories (filed under seal) | A103-A117 |
| F | April 6, 2009 Letter from Maria Boyce to Stephen Lundwall | A118-A119 |
| G | Weatherford's Supplemental Objections & Answers to HES' First Set of Interrogatories (filed under seal) | A120-A134 |
| H | May 11, 2009 Hearing Transcript | A135-A136 |
| I | May 12, 2009 Letter from Maria Boyce to Stephen Lundwall | A137 |

| | | |
|---|---|---|
| J | Weatherford's First Amendment to Its Responses to HES' Interrogatory No. 1 (filed under seal) | A138-A152 |
| K | May 20, 2009 Letter from Steve Lundwall to Maria Boyce | A153-A154 |
| L | May 22, 2009 Letter from Maria Boyce to Stephen Lundwall | A155 |
| M | May 28, 2009 Letter from Steve Lundwall to Maria Boyce | A156-A157 |
| N | HES' Supplemental Infringement Contentions | A158-A239 |
| O | Weatherford's Brochures | A240-A241 |
| P | Weatherford's Marketing Materials | A242-A247 |
| Q | Excerpt from Weatherford's 2006 Annual Report | A248-A249 |
| R | July 5, 2002 Declaration of John McKeachnie (filed under seal) | A250-A259 |
| S | July 3, 2002 Declaration of Joe Jordan (filed under seal) | A260-A265 |
| T | June 29, 2002 Declaration of Clyde Holt (filed under seal) | A266-A268 |
| U | Rule 3-1 of E.D. Tex. Rules of Practice in Patent Cases | A269-A271 |

DATED: July 13, 2009              Respectfully submitted,

By : /s/ Maria Wyckoff Boyce
    Maria Wyckoff Boyce
    Texas Bar No. 22095050
    maria.boyce@bakerbotts.com
    Amy Pharr Hefley
    Texas Bar No. 24046046
    amy.hefley@bakerbotts.com
    BAKER BOTTS L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, Texas 77002
    Telephone: 713.229.1922
    Facsimile:  713.229.2722

    David M. Genender
    Texas Bar No. 00790757
    david.genender@bakerbotts.com
    BAKER BOTTS L.L.P.
    2001 Ross Avenue
    Dallas, Texas 75201-2980
    Telephone: 214.953.6500
    Facsimile:  214.661.6503

    John Booth
    Texas Bar No. 02650000
    jbooth@ipoftexas.com
    BOOTH ALBANES SCHROEDER LLC
    1601 Elm Street, Suite 1950
    Dallas, Texas 75201-4744
    Telephone: 214.220.0444
    Facsimile:  214.220.0445

ATTORNEYS FOR PLAINTIFF
HALLIBURTON ENERGY SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2009, a true and correct copy of the foregoing document was served electronically and/or by email on the following counsel of record:

Stephen H. Cagle
Stephen L. Lundwall
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

William C. Slusser
Jayme Partridge
SLUSSER WILSON & PARTRIDGE
4270 Three Allen Center
333 Clay Street
Houston, Texas 77002

/s/ Amy Pharr Hefley
Amy Pharr Hefley

HOU02:1175407.1