# Exhibit A

# Exhibit A
# (Part 1 of 4)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HALLIBURTON ENERGY SERVICES, INC.,

Plaintiff,

v.

WEATHERFORD INTERNATIONAL, INC. and
BJ SERVICES COMPANY,

Defendants.

CIVIL ACTION NO. 3:07-CV-2144-K

JURY TRIAL DEMANDED

HALLIBURTON ENERGY SERVICES, INC.'S DISCLOSURE OF
ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS
PURSUANT TO MISCELLANEOUS ORDER NO. 62

Plaintiff Halliburton Energy Services, Inc. ("HES") provides the following disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Miscellaneous Order No. 62. Discovery in this lawsuit is ongoing. HES reserves the right to amend these contentions pursuant to Miscellaneous Order No. 62, Par. 3-7.

I.    **Identification of Infringed Claims**

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(1), HES asserts that Defendants Weatherford International, Inc. ("Weatherford") and BJ Services Company ("BJ Services") infringe the following claims of United States Patent No. 5,224,540 ("the '540 patent"):

HES's Initial Disclosure of Asserted Claims
and Infringement Contentions

HOU03:1152560

A1

**Weatherford**

HES asserts that Weatherford infringes Claims 3-5, 45, 46, 51, 56, 57, 62, 73-75, 85, and 98 of the '540 patent.

**BJ Services**

HES asserts that BJ Services infringes Claims 3-5, 45-47, 51, 56-58, 62, 73-75, 84-86, 88, 93-96, 98, 99, 116, 123-128, and 131 of the '540 patent.

## II.    Identification of Accused Instrumentalities

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(2), HES identifies the accused instrumentalities of Weatherford and BJ Services:

**Weatherford**

HES contends that Weatherford's FracGuard® line of tools, including FracGuard® Series 300 Integral Ball Frac Plugs, FracGuard® Top-Ball Frac Plugs, FracGuard® High-Flowback Frac Plugs, FracGuard® Dual-Check Pumpdown Roller Frac Plugs, FracGuard® Slim-OD Frac Plugs, FracGuard® Convertible Frac Plugs, Series 300 FracGuard® Bridge Plugs, Series 400 FracGuard® Bridge Plugs, FracGuard® Slim-OD Bridge Plugs, and FracGuard® Convertible Bridge Plugs, infringe the asserted claims of the '540 patent.

**BJ Services**

HES contends that BJ Services' Python™ line of tools, including Python™ HT Composite Frac Plugs, Python™ MT Composite Frac Plugs, Python™ HT Composite Bridge Plugs, Python™ MT Composite Bridge Plugs, Python™ LT Composite Bridge Plugs, and Python™ Cement Retainers, infringe the asserted claims of the '540 patent.

### III.    **Infringement Claim Charts**

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(3), attached as Exhibit A are a set of claim charts identifying where each element of each asserted claim is found within each accused instrumentality of Weatherford.    Attached as Exhibit B are a set of claim charts identifying where each element of each asserted claim is found within each accused instrumentality of BJ Services.

### IV.    **Presence of Asserted Claim Elements**

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(4), HES asserts that the accused instrumentalities literally infringe the asserted claims.  HES reserves the right to rely in the alternative on the doctrine of equivalents should it be determined through fact discovery or following a claim construction determination that the accused instrumentalities infringe the asserted claims under the doctrine of equivalents.

### V.    **Statement of Earliest Priority Date**

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(5), HES states the earliest priority date to which the asserted claims are entitled is April 26, 1990.

### VI.    **Identification of Instrumentalities that Practice the Asserted Claims**

Pursuant to Miscellaneous Order No. 62, Par. 3-1(a)(6): (1) the HES products listed in Exhibit C incorporate or reflect claims 3-5, 46, 51, 57, 62, 84-86, 88, and 93-96; (2) the HES products listed in Exhibit D incorporate or reflect claims 45, 56, and 73-75; (3) the HES products listed in Exhibit E incorporate or reflect claims 47, 58, 99, 116, 123-128, and 131; and (4) the HES products in Exhibit F incorporate or reflect claim 98.

HES's Initial Disclosure of Asserted Claims
and Infringement Contentions

## VII.    Document Production Accompanying Disclosure

HES has not identified any documents that are responsive to Miscellaneous Order No. 62, Par. 3-2(a)(1).

HES identifies documents beginning with H0008121, H0008122, H0008139, H0008140, H0008157, H0008165, H0014439, H0014442, H0014450, H0014450, H0059775, H0059776, H0059918, H0059919, H0059920, H0059921, H0060021, H0060039, H0116797, H0116798, H0116804, and H0116807 as responsive to Miscellaneous Order No. 62, Par. 3-2(a)(2). These documents were produced to Weatherford and BJ Services in *Halliburton Energy Services, Inc. v. Weatherford International, Inc. and BJ Services Company,* Civil Action No. 3:02-CV-1347-N, In the United States District Court for the Northern District of Texas Dallas Division.

HES identifies documents with the range H0500001-H0510118 as responsive to Miscellaneous Order No. 62, Par. 3-2(a)(3). These documents are being produced herewith.

Respectfully submitted,

By _____
   Maria Wyckoff Boyce
   State Bar No. 22095050
   One Shell Plaza
   910 Louisiana
   Houston, Texas 77002
   Telephone: 713.229.1922
   Facsimile: 713.229.2722

   David M. Genender
   State Bar No. 00790757
   Allyson N. Ho
   State Bar No. 24033667
   BAKER BOTTS L.L.P.
   2001 Ross Avenue
   Dallas, Texas 75201-2980
   Telephone: 214.953.6500
   Facsimile: 214.661.6503

   John Booth
   Crutsinger & Booth LLC
   1601 Elm Street, Suite 1950
   Dallas, Texas 75201-4744
   Telephone: 214.220.0444
   Facsimile: 214.220.0445

   Attorneys for Plaintiff
   Halliburton Energy Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2008, a true and correct copy of the foregoing document was served, via hand delivery, on the following lead counsel of record:

William C. Slusser
SLUSSER WILSON & PARTRIDGE
4270 Three Allen Center
333 Clay Street
Houston, Texas 77002

Stephen H. Cagle
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

_____
Maria Wyckoff Boyce

# EXHIBIT A

HOU03:1152447

Exhibit A - Weatherford International, Inc. Claim Chart

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| 3 | A downhole apparatus for use in a well bore, said apparatus comprising: | Halliburton does not express a position at this time as to whether the preamble of this claim limits the claim's scope. Nevertheless, Halliburton identifies below aspects of Weatherford's Plugs that correspond to the claim preamble.<br><br>The Weatherford Plugs are downhole apparatus for use in a well bore. |
|  | a center mandrel; and | Weatherford's Plugs have a center mandrel.<br><br> |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
|  | slip means disposed on said mandrel for grippingly engaging said well bore when in a set position, said slip means being at least partially made of a non-metallic material; | The term "slip means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "slip means" is a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. The function of the slip means is to grippingly engage the well bore when in a set position.<br><br>Weatherford's Plugs have a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge.<br><br><br><br>The plurality of slips, wedge, and slip support in Weatherford's Plugs grippingly engages the well bore. The wedge and slip support are made of a non-metallic material. |

A-2

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | wherein the apparatus is characterized as a packing apparatus and further comprising packing means disposed on said mandrel for sealingly engaging said well bore when in a set position; and | The term "packing means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "packing means" is a squeezable ring element that expands radially outwardly into engagement with the well bore. The packing means is disposed on the center mandrel, which means that the packing means is arranged or positioned in contact with an outer surface of the mandrel. The function of the packing means is to sealingly engage the well bore when the plug is in a set position. Weatherford's Plugs contain a squeezable ring element that expands radially outwardly into engagement with the well bore, and therefore, is properly characterized as packing apparatus. The squeezable ring element is disposed on the center mandrel.  The squeezable ring element sealingly engages the well bore when Weatherford's Plugs are in a set position. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | wherein said slip means is an upper slip means disposed above said packing means and further comprising a lower slip means disposed below said packing means, said lower slip means being at least partially made of a non-metallic material. | In this claim, the slip means includes an upper slip means disposed above the packing means and a lower slip means below the packing means.<br><br>Weatherford's Plugs have an upper plurality of slips, wedge, and slip support disposed above the squeezable ring element, and a lower a plurality of slips, a wedge, and a slip support disposed below the squeezable ring element.<br><br><br><br>The lower wedge and slip support are made of a non-metallic material. |
| 4 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip support made of a non-metallic material. | Weatherford's Plugs each include an upper slip support and a lower slip support. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | | The slip support is made of a non-metallic material. |
| 5 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip wedge made of non-metallic material. | Weatherford's Plugs each include an upper slip wedge and a lower slip wedge. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  The slip wedge is made of non-metallic material. |
| 45 | The apparatus of claim 4, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 46 | The apparatus of claim 4, | |
| | wherein the mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 51 | The apparatus of claim 4, | |
| | wherein at least one of said upper and lower slip means comprises a slip wedge made of non-metallic | At least one of the upper and lower slip wedges of Weatherford's Plugs are made of non-metallic material. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | material. | |
| 56 | The apparatus of claim 5, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 57 | The apparatus of claim 5, | |
| | wherein the mandrel is made at least in part from a non-metallic material. | The center mandrel of Weatherford's Plugs is at least partially made of non-metallic material. |
| 62 | The apparatus of claim 5, | |
| | wherein at least one of said upper and lower slip means comprises a slip support made of a non-metallic material. | Weatherford's Plugs have a slip support. The slip support is made of a non-metallic material. |
| 73 | The apparatus of claim 3, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 74 | The apparatus of one of claims 64 and 73, | |
| | further comprising retaining means for holding said slips in an initial position. | The term "retaining means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "retaining means" is a retaining band extending at least partially around the slips or a ring portion integrally formed with the slips. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | | The function of the retaining means is to hold the slips in an initial position.<br><br>Weatherford's Plugs have a ring portion integrally formed with the slips that holds the slips in an initial position. |
| 75 | The apparatus of claim 3, | |
| | wherein said mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 85 | The apparatus of claim 3, | |
| | wherein the upper slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel and at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge, and | In this claim, the slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. The upper slip means, in this claim, also includes at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge.<br><br>Weatherford's Plugs have an upper annular slip portion that is made of a non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. At least one upper slip is oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  |
| | wherein the lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge, | The lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. Weatherford's plugs have a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  |
| | wherein the packing means is disposed on the mandrel between said upper and lower slip wedges. | The squeezable ring element of Weatherford's Plugs are disposed on the center mandrel between the upper and lower slip wedges.  |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| 98 | The apparatus of claim 3, | |
| | wherein the central mandrel includes a central opening. | The central mandrel of Weatherford's Plugs include a central opening. |