IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br><br>       Plaintiff,<br>  v.<br><br>WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY,<br><br>       Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N<br><br>Jury Demanded |

**APPENDIX OF EXHIBITS 22 – 25
TO WEATHERFORD'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE
THE LOCAL PATENT RULES, TO STRIKE HES'S INFRINGEMENT
CONTENTIONS AND TO DISMISS HES'S CLAIMS**

| EXH | DESCRIPTION | PAGE |
|---|---|---|
| 22 | Weatherford's Objections & Answers to HES's 1st Interrogatories Nos. 1-2 (4/3/2009)  **(FILED UNDER SEAL)** | A227 - A242 |
| 23 | Steve Lundwall Letter to Maria Boyce (4/10/2009) | A243 – A248 |
| 24 | Weatherford's 1st Amendment to Its Responses to HES's Interrogatory No. 1 (5/20/2009)  **(FILED UNDER SEAL)** | A249 – A264 |
| 25 | 5/11/2009 Hearing Transcript (Docket No. 119)  **(FILED UNDER SEAL)** | A265 – A270 |

DM_US:22286789_1