IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HALLIBURTON ENERGY SERVICES, INC.,

       Plaintiff,

  v.

WEATHERFORD INTERNATIONAL, INC. and
BJ SERVICES COMPANY,

       Defendants.

CIVIL ACTION NO. 3:07-CV-2144-N

Jury Demanded

## SEALED EXHIBIT 22 (A227 – A242)

**TO WEATHERFORD'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE
THE LOCAL PATENT RULES, TO STRIKE HES'S INFRINGEMENT
<u>CONTENTIONS AND TO DISMISS HES'S CLAIMS</u>**

# FILED UNDER SEAL

THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CLAIMED TO BE
CONFIDENTIAL, CONFIDENTIAL-ATTORNEYS' EYES ONLY, OR
CONFIDENTIAL-OUTSIDE EXPERTS AND ATTORNEYS' EYES ONLY AND
COVERED BY A PROTECTIVE ORDER

DM_US:22286789_1

**A227**