IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br><br>    Plaintiff,<br>v.<br><br>WEATHERFORD INTERNATIONAL, INC. and<br>BJ SERVICES COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 3:07-CV-2144-N<br><br>Jury Demanded |

# SEALED EXHIBIT 24 (A249 – A264)

## TO WEATHERFORD'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE LOCAL PATENT RULES, TO STRIKE HES'S INFRINGEMENT CONTENTIONS AND TO DISMISS HES'S CLAIMS

# FILED UNDER SEAL

THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CLAIMED TO BE CONFIDENTIAL, CONFIDENTIAL-ATTORNEYS' EYES ONLY, OR CONFIDENTIAL-OUTSIDE EXPERTS AND ATTORNEYS' EYES ONLY AND COVERED BY A PROTECTIVE ORDER