IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., | |
| Plaintiff, | |
| v. | |
| WEATHERFORD INTERNATIONAL, INC. and BJ SERVICES COMPANY, | CIVIL ACTION NO. 3:07-CV-2144-N |
| Defendants. | Jury Demanded |

# SEALED EXHIBIT 25 (A265 – A270)

## TO WEATHERFORD'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE LOCAL PATENT RULES, TO STRIKE HES'S INFRINGEMENT CONTENTIONS AND TO DISMISS HES'S CLAIMS

# FILED UNDER SEAL

THIS DOCUMENT CONTAINS MATERIALS WHICH ARE CLAIMED TO BE CONFIDENTIAL, CONFIDENTIAL-ATTORNEYS' EYES ONLY, OR CONFIDENTIAL-OUTSIDE EXPERTS AND ATTORNEYS' EYES ONLY AND COVERED BY A PROTECTIVE ORDER

DM_US:22286789_1

**A265**