# HES' Response Exhibit A (Part 1 of 4)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEATHERFORD INTERNATIONAL, INC. and <br> BJ SERVICES COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 3:07-CV-2144-K <br><br> JURY TRIAL DEMANDED |

**HALLIBURTON ENERGY SERVICES, INC.'S**
**SECOND SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Pursuant to the Court's suggestion during the May 11, 2009 hearing in which the Court granted Halliburton Energy Services, Inc.'s Motion to Overrule Weatherford's Objection to Interrogatory No. 1, Halliburton Energy Services, Inc. ("HES") hereby provides a second supplement to the claim charts of HES' Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Miscellaneous Order No. 62 to update Exhibits B-1, B-2, and B-3 concerning the model numbers of BJ Services Company ("BJ Services").

As indicated in HES' Supplemental Infringement Contentions, which were served on June 17, 2009, Exhibits A-1, A-2, B-1, B-2, and B-3 include the model numbers provided by Weatherford International, Inc. ("Weatherford") and BJ Services in response to HES' Interrogatory No. 1. As was the case with HES' Supplemental Infringement Contentions, this second supplementation of Exhibits B-1, B-2, and B-3, does not expand or amend the scope of HES' Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Miscellaneous Order No. 62, which includes an identification of each accused product by name.

HOU02:1179352.3

A000001

Exhibit A-1 is a listing of the model numbers of Weatherford's FracGuard Composite Frac Plugs identified by name in Exhibit A. The infringement chart on pages A-1 through A-11 of Exhibit A applies to each of the Weatherford FracGuard Composite Frac Plugs identified by model number on Exhibit A-1.

Exhibit A-2 is a listing of the model numbers of Weatherford FracGuard Composite Bridge Plugs identified by name in Exhibit A. The infringement chart on pages A-12 through A-21 of Exhibit A applies to each of the Weatherford's FracGuard Composite Bridge Plugs identified by model number on Exhibit A-2.

Exhibit B-1 is a listing of the model numbers of BJ Services Python Composite Frac Plugs identified by name in Exhibit B. The infringement chart on pages B-1 through B-17 of Exhibit B applies to each of the BJ Services Python Composite Frac Plugs identified by model number on Exhibit B-1.

Exhibit B-2 is a listing of the model numbers of BJ Services' Python Composite Bridge Plugs identified by name in Exhibit B. The infringement chart on pages B-18 through B-34 of Exhibit B applies to each of the BJ Services Python Composite Bridge Plugs identified by model number on Exhibit B-2.

Exhibit B-3 is a listing of the model numbers of BJ Services' Python Composite Cement Retainers identified by name in Exhibit B. The infringement chart included on pages B-35 through B-50 of Exhibit B applies to each of the BJ Services Python Composite Cement Retainers identified by model number on Exhibit B-3.

HES had previously requested that BJ Services provide assembly drawings for model numbers for which BJ Services had not previously produced drawings. This second supplement to Exhibits B-1, B-2, and B-3 is necessary to include model numbers for the

2

A000002

assembly drawings that were recently produced by BJ Services. BJ Services has indicated that model numbers 82272-1, 83456-1, 83577-1, 86688-1, 87657-1, 98078-1, and 88389-1 are used as place holders and do not have corresponding assembly drawings. Thus, Exhibits B-1, B-2, and B-3 do not include an identification of model numbers 82272-1, 83456-1, 83577-1, 86688-1, 87657-1, 98078-1, and 88389-1.

A000003

DATED:  September 4, 2009

Respectfully submitted,

By :

Maria Wyckoff Boyce
Texas Bar No. 22095050
maria.boyce@bakerbotts.com
Roger Fulghum (pro hac vice)
Texas Bar No. 00790724
roger.fulghum@bakerbotts.com
Amy Pharr Hefley
Texas Bar No. 24046046
amy.hefley@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.1922
Facsimile:  713.229.2722

David M. Genender
Texas Bar No. 00790757
david.genender@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile:  214.661.6503

John Booth
Texas Bar No. 02650000
jbooth@ipoftexas.com
BOOTH ALBANES SCHROEDER LLC
1601 Elm Street, Suite 1950
Dallas, Texas 75201-4744
Telephone: 214.220.0444
Facsimile:  214.220.0445

ATTORNEYS FOR PLAINTIFF
HALLIBURTON ENERGY SERVICES, INC.

A000004

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2009, a true and correct copy of the foregoing document was served, via hand delivery, on the following lead counsel of record:

William C. Slusser
SLUSSER WILSON & PARTRIDGE
4270 Three Allen Center
333 Clay Street
Houston, Texas 77002

Stephen H. Cagle
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

Roger Fulghum

A000005

# EXHIBIT A

HOU03:1152447

Exhibit A - Weatherford International, Inc. Claim Chart

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| 3 | A downhole apparatus for use in a well bore, said apparatus comprising: | Halliburton does not express a position at this time as to whether the preamble of this claim limits the claim's scope. Nevertheless, Halliburton identifies below aspects of Weatherford's Plugs that correspond to the claim preamble.<br><br>The Weatherford Plugs are downhole apparatus for use in a well bore. |
|  | a center mandrel; and | Weatherford's Plugs have a center mandrel.<br><br> |

A000007

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
|  | slip means disposed on said mandrel for grippingly engaging said well bore when in a set position, said slip means being at least partially made of a non-metallic material; | The term "slip means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "slip means" is a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. The function of the slip means is to grippingly engage the well bore when in a set position.<br><br>Weatherford's Plugs have a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge.<br><br><br><br>The plurality of slips, wedge, and slip support in Weatherford's Plugs grippingly engages the well bore. The wedge and slip support are made of a non-metallic material. |

A000008

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | wherein the apparatus is characterized as a packing apparatus and further comprising packing means disposed on said mandrel for sealingly engaging said well bore when in a set position; and | The term "packing means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "packing means" is a squeezable ring element that expands radially outwardly into engagement with the well bore. The packing means is disposed on the center mandrel, which means that the packing means is arranged or positioned in contact with an outer surface of the mandrel. The function of the packing means is to sealingly engage the well bore when the plug is in a set position.<br><br>Weatherford's Plugs contain a squeezable ring element that expands radially outwardly into engagement with the well bore, and therefore, is properly characterized as packing apparatus. The squeezable ring element is disposed on the center mandrel.<br><br><br><br>The squeezable ring element sealingly engages the well bore when Weatherford's Plugs are in a set position. |

A000009

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | wherein said slip means is an upper slip means disposed above said packing means and further comprising a lower slip means disposed below said packing means, said lower slip means being at least partially made of a non-metallic material. | In this claim, the slip means includes an upper slip means disposed above the packing means and a lower slip means below the packing means.<br><br>Weatherford's Plugs have an upper plurality of slips, wedge, and slip support disposed above the squeezable ring element, and a lower a plurality of slips, a wedge, and a slip support disposed below the squeezable ring element.<br><br><br><br>The lower wedge and slip support are made of a non-metallic material. |
| 4 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip support made of a non-metallic material. | Weatherford's Plugs each include an upper slip support and a lower slip support. |

A-4

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | | The slip support is made of a non-metallic material. |
| 5 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip wedge made of non-metallic material. | Weatherford's Plugs each include an upper slip wedge and a lower slip wedge. |

A000011

| Claim | Claim Language | Weatherford's "FracGuard™" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | | The slip wedge is made of non-metallic material. |
| 45 | The apparatus of claim 4, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 46 | The apparatus of claim 4, | |
| | wherein the mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 51 | The apparatus of claim 4, | |
| | wherein at least one of said upper and lower slip means comprises a slip wedge made of non-metallic | At least one of the upper and lower slip wedges of Weatherford's Plugs are made of non-metallic material. |

A000012

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | material. | |
| 56 | The apparatus of claim 5, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 57 | The apparatus of claim 5, | |
| | wherein the mandrel is made at least in part from a non-metallic material. | The center mandrel of Weatherford's Plugs is at least partially made of non-metallic material. |
| 62 | The apparatus of claim 5, | |
| | wherein at least one of said upper and lower slip means comprises a slip support made of a non-metallic material. | Weatherford's Plugs have a slip support. The slip support is made of a non-metallic material. |
| 73 | The apparatus of claim 3, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 74 | The apparatus of one of claims 64 and 73, | |
| | further comprising retaining means for holding said slips in an initial position. | The term "retaining means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "retaining means" is a retaining band extending at least partially around the slips or a ring portion integrally formed with the slips. |

A-7

A000013

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | | The function of the retaining means is to hold the slips in an initial position.<br><br>Weatherford's Plugs have a ring portion integrally formed with the slips that holds the slips in an initial position. |
| 75 | The apparatus of claim 3, | |
| | wherein said mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 85 | The apparatus of claim 3, | |
| | wherein the upper slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel and at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge, and | In this claim, the slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. The upper slip means, in this claim, also includes at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge.<br><br>Weatherford's Plugs have an upper annular slip portion that is made of a non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. At least one upper slip is oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge. |

A000014

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  |
| | wherein the lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge, | The lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge.<br><br>Weatherford's plugs have a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  |
| | wherein the packing means is disposed on the mandrel between said upper and lower slip wedges. | The squeezable ring element of Weatherford's Plugs are disposed on the center mandrel between the upper and lower slip wedges. |

A000016

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Frac Plug (including Series 300 Integral Ball Frac Plugs, FracGuard Top-Ball Frac Plugs, FracGuard High-Flowback Frac Plugs, FracGuard Dual-Check Pumpdown Roller Frac Plugs, FracGuard Slim-OD Frac Plugs, and FracGuard Convertible Frac Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| 98 | The apparatus of claim 3, | |
| | wherein the central mandrel includes a central opening. | The central mandrel of Weatherford's Plugs include a central opening. |

A000017

Exhibit A-1

CBP-28-FRAC12K-TB-HT
CBP-28-FRAC12K-TB-MT
CBP-35-FRAC10K
CBP-35-FRAC10K-HT
CBP-35-FRAC10K-MT
CBP-35-FRAC10K-TB-MT
CBP-35-FRAC12K-HT
CBP-35-FRAC12K-MT
CBP-36-FRAC10K
CBP-36-FRAC10K-HT
CBP-36-FRAC10K-MT
CBP-36-FRAC10K-MT-TBSPB
CBP-36-FRAC12K-HT
CBP-36-FRAC12K-MT
CBP-36-FRAC8K-TB-HT
CBP-36-FRACK10K
CBP-44-FRAC10K
CBP-44-FRAC10K-B
CBP-44-FRAC10K-MT-SPECA
CBP-44-FRAC10K-PD
CBP-44-FRAC10KTB
CBP-44-FRAC10K-TB-PD
CBP-44-FRAC12K
CBP-44-FRAC12K-MT
CBP-44-FRAC12K-MT-B
CBP-44-FRAC6K-SHORTY-IB
CBP-44H-FRAC10K-PD-TB-MT
CBP-45-FRAC10K
CBP-45-FRAC10K-SPECF
CBP-45-FRAC10K-SPECG
CBP-45-FRAC10K-SPECI
CBP-45-FRAC10K-SPECJ
CBP-45-FRAC10K-SPECL
CBP-45-FRAC10K-SPECN
CBP-45-FRAC10K-TB
CBP-45-FRAC10K-TBD
CBP-45-FRAC10KTB-SPECM
CBP-45-FRAC10KTB-SPECP
CBP-45-FRAC10KTB-SPECR
CBP-45-FRAC10KXOM
CBP-45-FRAC12K
CBP-45-FRAC12K-HT
CBP-45-FRAC12K-HT-SPB
CBP-45-FRAC12KIB-PD-MT
CBP-45-FRAC12KIB-PD-MT-11
CBP-45-FRAC12K-MT
CBP-45-FRAC12K-MT-SPECG
CBP-45-FRAC12K-TB-HT
CBP-45-FRAC12KTB-PD-MT
CBP-45-FRAC12KTB-PD-MT-11
CBP-45-FRAC6K
CBP-45-FRAC6K-SHORTY
CBP-45-FRAC6K-SHORTY-IB

CBP-45-FRAC6K-SHORTY-TB
CBP-45-FRAC8K
CBP-45-FRACFB10K
CBP-45-FRACK10K
CBP-45-FRACPLUG10K-SPECF
CBP-45H-FRAC10K
CBP-45H-FRAC10K-SM
CBP-45H-FRAC12K-MT
CBP-46-FRAC10K
CBP-46-FRAC10K-HT
CBP-46-FRAC10K-MT-SPECB
CBP-46-FRAC10K-PDTB
CBP-46-FRAC10K-SPECC
CBP-46-FRAC10K-SPECD
CBP-46-FRAC10KTB
CBP-46-FRAC10K-TBD
CBP-46-FRAC10K-TBDHT
CBP-46-FRAC10K-XOM
CBP-46-FRAC12K
CBP-46-FRAC12K-HT
CBP-46-FRAC12K-HT-SPECA
CBP-46-FRAC12K-MT
CBP-46-FRAC12K-MT-AB
CBP-46-FRAC12K-PDTB-MT
CBP-46-FRAC12KSHT
CBP-46-FRAC12KTB-HT
CBP-46-FRAC12K-TB-HT
CBP-46-FRAC12K-TB-MT
CBP-46-FRAC6K-SHORTY
CBP-46-FRAC6K-SHORTY-IB
CBP-46-FRAC6K-SHORTY-TB
CBP-46-FRAC8K
CBP-46H-FRAC10K
CBP-50-FRAC10K
CBP-50-FRAC10KTB
CBP-55-FRAC10K
CBP-55-FRAC10KSPA
CBP-55-FRAC10K-SPECE
CBP-55-FRAC10K-SPECF
CBP-55-FRAC10K-SPECG
CBP-55-FRAC10K-SPECH
CBP-55-FRAC10K-SPECI
CBP-55-FRAC10K-SPECJ
CBP-55-FRAC10K-SPECK
CBP-55-FRAC10KTB
CBP-55-FRAC10K-TB-SPECG
CBP-55-FRAC10KXOM
CBP-55-FRAC10KXOM-SPECA
CBP-55-FRAC10KXXOM-SPECA
CBP-55-FRAC10-SPECK
CBP-55-FRAC12K
CBP-55-FRAC12K-HT
CBP-55-FRAC12KIB-PD-MT

CBP-55-FRAC12KIB-PD-MT-17
CBP-55-FRAC12KIB-PD-MT-20
CBP-55-FRAC12K-MT
CBP-55-FRAC12K-MT-SPECG
CBP-55-FRAC12K-TB-HT
CBP-55-FRAC12KTB-PD-MT-17
CBP-55-FRAC12KTB-PD-MT-20
CBP-55-FRAC12TB-PD-MT
CBP-55-FRAC6K
CBP-55-FRAC6K-SPECD
CBP-55-FRAC6K-SPECE
CBP-55-FRAC6K-SPECF
CBP-55-FRAC8K
CBP-55H-FRAC10K
CBP-55H-FRAC10K-SM
CBP-55H-FRAC12K
CBP-70-FRAC10K
CBP-70-FRAC10K-MT
CBP-70-FRAC10K-SPECB
CBP-70-FRAC8K
CBP-70-FRACK10K-TB
CBP-76-FRAC8K
CBP-96-FRAC8K
CBP-FRAC10KXOM-SPECE
CFP-45-FRAC6K-SHORTY-TB
CFP-45-CONV10K
CFP-55-CONV10K
CFP-55-CONV10K-IB

A000018

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|-------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 3 | A downhole apparatus for use in a well bore, said apparatus comprising: | Halliburton does not express a position at this time as to whether the preamble of this claim limits the claim's scope. Nevertheless, Halliburton identifies below aspects of Weatherford's Plugs that correspond to the claim preamble.<br><br>The Weatherford Plugs are downhole apparatus for use in a well bore. |
|  | a center mandrel; and | Weatherford's Plugs have a center mandrel.<br><br> |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | slip means disposed on said mandrel for grippingly engaging said well bore when in a set position, said slip means being at least partially made of a non-metallic material; | The term "slip means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "slip means" is a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. The function of the slip means is to grippingly engage the well bore when in a set position.<br><br>Weatherford's Plugs have a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge.<br><br><br><br>The plurality of slips, wedge, and slip support in Weatherford's Plugs grippingly engages the well bore. The wedge and slip support are made of a non-metallic material. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | wherein the apparatus is characterized as a packing apparatus and further comprising packing means disposed on said mandrel for sealingly engaging said well bore when in a set position; and | The term "packing means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "packing means" is a squeezable ring element that expands radially outwardly into engagement with the well bore. The packing means is disposed on the center mandrel, which means that the packing means is arranged or positioned in contact with an outer surface of the mandrel. The function of the packing means is to sealingly engage the well bore when the plug is in a set position.<br><br>Weatherford's Plugs contain a squeezable ring element that expands radially outwardly into engagement with the well bore, and therefore, is properly characterized as packing apparatus. The squeezable ring element is disposed on the center mandrel.<br><br><br><br>The squeezable ring element sealingly engages the well bore when Weatherford's Plugs are in a set position. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
|  | wherein said slip means is an upper slip means disposed above said packing means and further comprising a lower slip means disposed below said packing means, said lower slip means being at least partially made of a non-metallic material. | In this claim, the slip means includes an upper slip means disposed above the packing means and a lower slip means below the packing means.<br><br>Weatherford's Plugs have an upper plurality of slips, wedge, and slip support disposed above the squeezable ring element, and a lower a plurality of slips, a wedge, and a slip support disposed below the squeezable ring element.<br><br><br><br>The lower wedge and slip support are made of a non-metallic material. |
| 4 | The apparatus of claim 3 |  |
|  | wherein each of said upper and lower slip means comprises a slip support made of a non-metallic material. | Weatherford's Plugs each include an upper slip support and a lower slip support. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  The slip support is made of a non-metallic material. |
| 5 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip wedge made of non-metallic material. | Weatherford's Plugs each include an upper slip wedge and a lower slip wedge. The slip wedge is made of non-metallic material. |

A000023

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| 45 | The apparatus of claim 4, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 46 | The apparatus of claim 4, | |
| | wherein the mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 51 | The apparatus of claim 4, | |
| | wherein at least one of said upper and lower slip means comprises a slip wedge made of non-metallic material. | At least one of the upper and lower slip wedges of Weatherford's Plugs are made of non-metallic material. |
| 56 | The apparatus of claim 5, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material aterial. |
| 57 | The apparatus of claim 5, | |
| | wherein the mandrel is made at least in part from a non-metallic material. | The center mandrel of Weatherford's Plugs is at least partially made of non-metallic material. |
| 62 | The apparatus of claim 5, | |
| | wherein at least one of said upper and lower slip means comprises a slip support made of a non-metallic | Weatherford's Plugs have a slip support. The slip support is made of a non-metallic material. |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
|  | material. |  |
| 73 | The apparatus of claim 3, |  |
|  | wherein each of the upper and lower slip means comprises slips made of metallic material. | Weatherford's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 74 | The apparatus of one of claims 64 and 73, |  |
|  | further comprising retaining means for holding said slips in an initial position. | The term "retaining means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "retaining means" is a retaining band extending at least partially around the slips or a ring portion integrally formed with the slips. The function of the retaining means is to hold the slips in an initial position.<br><br>Weatherford's Plugs have a ring portion integrally formed with the slips that holds the slips in an initial position. |
| 75 | The apparatus of claim 3, |  |
|  | wherein said mandrel is made of non-metallic material. | The center mandrel of Weatherford's Plugs is made of non-metallic material. |
| 85 | The apparatus of claim 3, |  |

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
|  | wherein the upper slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel and at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge, and | In this claim, the slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel.  The upper slip means, in this claim, also includes at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge.<br><br>Weatherford's Plugs have an upper annular slip portion that is made of a non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel.  At least one upper slip is oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge.<br><br> |
|  | wherein the lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic | The lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support |

A000026

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge, | and the lower slip wedge. <br><br> Weatherford's plugs have a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. <br><br>  |
| | wherein the packing means is disposed on the mandrel between said upper and lower slip wedges. | The squeezable ring element of Weatherford's Plugs are disposed on the center mandrel between the upper and lower slip wedges. |

A000027

| Claim | Claim Language | Weatherford's "FracGuard®" Composite Bridge Plug (including Series 300 FracGuard Bridge Plugs, Series 400 FracGuard Bridge Plugs, FracGuard Slim-OD Bridge Plugs, and FracGuard Convertible Bridge Plugs) which are collectively referred to below as "Weatherford's Plugs" |
|---|---|---|
| | |  |
| 98 | The apparatus of claim 3, | |
| | wherein the central mandrel includes a central opening. | The central mandrel of Weatherford's Plugs include a central opening. |

Exhibit A-2

CBP-25-PLUG12K-MT
CBP-28-PLUG10K
CBP-28-PLUG10KSHT
CBP-28-PLUG12K-HT
CBP-28-PLUG12K-MT
CBP-35H-PLUG10K
CBP-35H-PLUG10K-MT-SM
CBP-35H-PLUG10K-SM
CBP-35H-PLUG10K-SM
CBP-35-PLUG10K
CBP-35-PLUG10KHT
CBP-35-PLUG10K-MT
CBP-35-PLUG10K-SPECA
CBP-35-PLUG12K-HT
CBP-35-PLUG12K-MT
CBP-35-PLUG12K-MT-BR
CBP-35-PLUG8K
CBP-36-PLUG10K
CBP-36-PLUG10K-HT
CBP-36-PLUG10K-HT-SPB
CBP-36-PLUG10K-MT
CBP-36-PLUG12K-HT
CBP-36-PLUG12K-HT-SPECA
CBP-36-PLUG12K-MT
CBP-36-PLUG12K-MT-SPECA
CBP-44H-PLUG10K-PD-MT
CBP-44H-PLUG12K-MT-SM
CBP-44-PLUG10K
CBP-44-PLUG10K-PD
CBP-44-PLUG10K-SPECK
CBP-44-PLUG10KSS
CBP-44-PLUG12K
CBP-44-PLUG12K-HT
CBP-44-PLUG12K-MT
CBP-44-PLUG6K-SHORTY
CBP-45H-PLUG10K
CBP-45H-PLUG10K-MT

CBP-45H-PLUG10K-MT-SM
CBP-45H-PLUG10K-SM
CBP-45H-PLUG12K-PDMT
CBP45H-PLUG12K-PDMT-SPECZ
CBP-45H-PLUG12K-SM
CBP-45-PLUG10K
CBP-45-PLUG10K-HT
CBP-45-PLUG10KSPECA
CBP-45-PLUG10K-SPECH
CBP-45-PLUG10K-SPECL
CBP-45-PLUG10KXOM
CBP-45-PLUG12K
CBP-45-PLUG12K-HT
CBP-45-PLUG12K-MT
CBP-45-PLUG12K-PD-MT
CBP-45-PLUG12K-PD-MT-11
CBP-45-PLUG6K
CBP-45-PLUG6K-SHORTY
CBP-45-PLUG6K-SHORTY-SB
CBP-45-PLUG8K
CBP-45-PLUG-PDDP
CBP-46H-PLUG10K
CBP-46H-PLUG10K-SM
CBP-46H-PLUG12K-SM
CBP-46-PLUG10K
CBP-46-PLUG10K-HT
CBP-46-PLUG10KPD-SPECF
CBP-46-PLUG10K-SPECB
CBP-46-PLUG10KXOM
CBP-46-PLUG10KXOM-SPECC
CBP-46-PLUG12HT
CBP-46-PLUG12K
CBP-46-PLUG12K-HT
CBP-46-PLUG12K-MT
CBP-46-PLUG12K-MT-BR
CBP-46-PLUG12K-MTTB
CBP-46-PLUG8K

CBP-50-PLUG10K
CBP-50-PLUG10K-MT
CBP-50-PLUG12K
CBP-55H-PLUG10K
CBP-55H-PLUG10K-SM
CBP-55H-PLUG10K-SPECG
CBP-55H-PLUG12K
CBP-55H-PLUG12K-PD-MT-23
CBP-55-PLUG10K
CBP-55-PLUG10KHT
CBP-55-PLUG10K-SPECD
CBP-55-PLUG10K-SPECG
CBP-55-PLUG10KXOM
CBP-55-PLUG12K
CBP-55-PLUG12K-HT
CBP-55-PLUG12K-MT
CBP-55-PLUG12K-PD-MT-20
CBP-55-PLUG12-PD-MT
CBP-55-PLUG12-PD-MT-17
CBP-55-PLUG6K
CBP-55-PLUG6K-SPECD
CBP-55-PLUG6K-SPECD-TB
CBP-55-PLUG6K-SPECF
CBP-55-PLUG8K
CBP-55-PLUG-PDDP
CBP-70H-PLUG10K-SM
CBP-70H-PLUG8K
CBP-70-PLUG10K
CBP-70-PLUG10K-MT
CBP-70-PLUG10K-SPECA-SM
CBP-70-PLUG8K
CBP-75-PLUG
CBP-76-PLUG8K
CBP-96-PLUG8K
CFP-45-CONV10K
CFP-55-CONV10K
CFP-55-CONV10K-IB

A000029