# HES' Response Exhibit A (Part 3 of 4)

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | | <br>The lower wedge and slip support are made of a non-metallic material. |
| 4 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip support made of a non-metallic material. | BJ's Plugs each include an upper slip support and a lower slip support.<br><br>The slip support is made of a non-metallic material. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| 5 | The apparatus of claim 3 | |
| | wherein each of said upper and lower slip means comprises a slip wedge made of non-metallic material. | BJ's Plugs each include an upper slip wedge and a lower slip wedge.<br><br>[image of plug with two "slip wedge" labels]<br><br>The slip wedge is made of non-metallic material. |
| 45 | The apparatus of claim 4, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | BJ's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 46 | The apparatus of claim 4, | |
| | wherein the mandrel is made of non-metallic material. | The center mandrel of BJ's Plugs is made of non-metallic material. |
| 47 | The downhole apparatus of claim 46 | |
| | wherein the mandrel has a central opening and | The center mandrel of BJ's Plugs has a central opening with a sleeve is mounted in the central opening. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | wherein a sleeve is mounted in said central opening. | |
| 51 | The apparatus of claim 4, | |
| | wherein at least one of said upper and lower slip means comprises a slip wedge made of non-metallic material. | At least one of the upper and lower slip wedges of BJ's Plugs are made of non-metallic material. |
| 56 | The apparatus of claim 5, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | BJ's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 57 | The apparatus of claim 5, | |
| | wherein the mandrel is made at least in part from a non-metallic material. | The center mandrel of BJ's Plugs is at least partially made of non-metallic material. |
| 58 | The apparatus of claim 57, | |
| | wherein the mandrel has a central opening and wherein the apparatus further comprises a sleeve mounted in said central opening of the mandrel. | The center mandrel of BJ's Plugs has a central opening with a sleeve is mounted in the central opening. |
| 62 | The apparatus of claim 5, | |
| | wherein at least one of said upper and lower slip means comprises a slip support made of a non-metallic material. | BJ's Plugs have a slip support. The slip support is made of a non-metallic material. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| 73 | The apparatus of claim 3, | |
| | wherein each of the upper and lower slip means comprises slips made of metallic material. | BJ's Plugs each include upper slips made of metallic material and lower slips made of metallic material. |
| 74 | The apparatus of one of claims 64 and 73, | |
| | further comprising retaining means for holding said slips in an initial position. | The term "retaining means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "retaining means" is a retaining band extending at least partially around the slips or a ring portion integrally formed with the slips. The function of the retaining means is to hold the slips in an initial position.<br><br>[Figure: bridge plug with labels "retaining band" pointing to four locations]<br><br>BJ's Plugs have a retaining band extending around the slips that holds the slips in an initial position. |
| 75 | The apparatus of claim 3, | |
| | wherein said mandrel is made of non-metallic | The center mandrel of BJ's Plugs is made of non-metallic material. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | material. | |
| 84 | The apparatus of claim 3, | |
| | wherein the packing means comprises at least two annular members configured to deform outwardly into sealing engagement with the well bore when axially compressed. | BJ's Plugs have at least two annular members configured to deform outwardly into sealing engagement with the well bore when axially compressed. |
| 85 | The apparatus of claim 3, | |
| | wherein the upper slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel and at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge, and | In this claim, the slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. The upper slip means, in this claim, also includes at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge.<br><br>BJ's Plugs have an upper annular slip portion that is made of a non-metallic material and an upper slip wedge made of a non-metallic material that is disposed on a first portion of the center mandrel. At least one upper slip is oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | | *[Image of composite bridge plug with labels: slip support, slips, slip wedge, center mandrel]* |
| | wherein the lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge, | The lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge.<br><br>BJ's plugs have a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | | (figure showing slip wedge, slips, slip support, center mandrel) |
| | wherein the packing means is disposed on the mandrel between said upper and lower slip wedges. | The squeezable ring element of BJ's Plugs are disposed on the center mandrel between the upper and lower slip wedges. (figure showing slip wedge, packing means, slip wedge, center mandrel) |
| 86 | The apparatus of claim 85, | |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | wherein the packing means comprises at least two squeezable annular packing elements and wherein the packing elements are configured to be axially compressed and radially expanded into contact with the mandrel and well bore when said slip means are in the set position. | BJ's Plugs include at least two squeezable annular packing elements configured to be axially compressed and radially expanded into contact with the mandrel and well bore when the plurality of slips, wedge, and slip support are in the set position. |
| 88 | The apparatus of claim 86, | |
| | wherein the center mandrel is made of non-metallic material. | The center mandrel of BJ's Plugs is made of non-metallic material. |
| 93 | The apparatus of claim 86, | |
| | wherein at least one of the slip supports and the slip wedges are movable toward the slips to place the slips into gripping engagement with the well bore. | At least one of the slip supports and the slip wedges of BJ's Plugs are movable toward the slips to place the slips into gripping engagement with the well bore. |
| 94 | The downhole apparatus of claim 86, | |
| | wherein the upper and lower slips are movable relative to the upper and lower slip supports. | At least one of the slip supports and the slip wedges of BJ's Plugs are movable toward the slips to place the slips into gripping engagement with the well bore. |
| 95 | The downhole apparatus of claim 86, | |
| | wherein said slip wedges are slidable on said mandrel and at least one of said slip | The upper and lower slips of BJ's Plugs are movable relative to the upper and lower slip supports. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
|  | supports is slidable on the mandrel. |  |
| 96 | The downhole apparatus of claim 95, |  |
|  | wherein one of said slip supports is fixed to said mandrel. | One of the slip supports of BJ's Plugs is fixed to the mandrel. |
| 98 | The apparatus of claim 3, |  |
|  | wherein the central mandrel includes a central opening. | The central mandrel of BJ's Plugs include a central opening. |
| 99 | The apparatus of claim 98, |  |
|  | further comprising a sleeve mounted in the central opening of the mandrel. | The center mandrel of BJ's Plugs has a central opening with a sleeve is mounted in the central opening. |
| 116 | A downhole apparatus for use in a well bore, said apparatus comprising: | Halliburton does not express a position at this time as to whether the preamble of this claim limits the claim's scope. Nevertheless, Halliburton identifies below aspects of BJ's Plugs that correspond to the claim preamble.<br><br>The BJ Plugs are downhole apparatus for use in a well bore. |
|  | a center mandrel made of non-metallic material, wherein the mandrel has a central opening; | The center mandrel of BJ's Plugs is made of non-metallic material. The center mandrel of BJ's Plugs has a central opening. |
|  | a sleeve mounted in said central opening of the mandrel; and | The central opening of the mandrel of BJ's Plugs has a sleeve mounted therein. |
|  | slip means disposed on said mandrel for grippingly | The term "slip means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | engaging said well bore when in a set position, said slip means being at least partially made of a non-metallic material. | structure for the "slip means" is a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. The function of the slip means is to grippingly engage the well bore when in a set position.<br><br>BJ's Plugs have a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge.<br><br>[figure showing bridge plug with labels: slip support, slips, slip wedge]<br><br>The plurality of slips, wedge, and slip support in BJ's Plugs grippingly engages the well bore. The wedge and slip support are made of a non-metallic material. |
| 123 | The apparatus of claim 116 | |
| | wherein the apparatus is characterized as a packing apparatus and further comprising packing means disposed on said mandrel for sealingly engaging said well bore when in a set | The term "packing means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "packing means" is a squeezable ring element that expands radially outwardly into engagement with the well bore. The packing means is disposed on the center mandrel, which means that the packing means is arranged or positioned in contact with an outer surface of the mandrel. The function of the |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | position. | packing means is to sealingly engage the well bore when the plug is in a set position.<br><br>BJ's Plugs contain a squeezable ring element that expands radially outwardly into engagement with the well bore, and therefore, is properly characterized as packing apparatus. The a squeezable ring element is disposed on the center mandrel.<br><br>[Image of bridge plug with labels "packing means" and "center mandrel"]<br><br>The squeezable ring element sealingly engages the well bore when BJ's Plugs are in a set position. |
| 124 | The apparatus of claim 123 | |
| | wherein said packing means comprises at least one annular member disposed on said mandrel and configured to deform outwardly into sealing engagement with the well bore when axially compressed. | BJ's Plugs have at least one annular member disposed on the mandrel and configured to deform outwardly into sealing engagement with the well bore when axially compressed. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| 125 | The apparatus of claim 124 | |
| | wherein said slip means is an upper slip means disposed above said packing means and further comprising a lower slip means for grippingly engaging said well bore when in a set position, said lower slip means disposed below said packing means. | In this claim, the slip means includes an upper slip means disposed above the packing means and a lower slip means below the packing means.<br><br>BJ's Plugs have an upper plurality of slips, wedge, and slip support disposed above the squeezable ring element, and a lower a plurality of slips, a wedge, and a slip support disposed below the squeezable ring element.<br><br>[Figure: labeled diagram showing slip support, slips, slip wedge, packing means, slip wedge, slips, slip support] |
| 126 | The apparatus of claim 125 | |
| | wherein said lower slip means is at least partially made of a non-metallic material. | The lower wedge and slip support are made of a non-metallic material. |
| 127 | The apparatus of claim 125 | |
| | wherein said upper and lower slip means each include a slip wedge and a slip support and wherein | BJ's Plugs include an upper slip wedge, an upper slip support, a lower slip wedge, and a lower slip support. The slip wedges are slidable on the mandrel and at least |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
| | said slip wedges are slidable on said mandrel and at least one of said slip supports is slidable on said mandrel. | one of the slip supports is slidable on the mandrel. |
| 128 | The apparatus of claim 125, | |
| | wherein the upper slip means includes an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel and at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge, and wherein the lower slip means includes a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge, wherein the packing means is disposed on the mandrel between said upper and | BJ's Plugs include an upper annular slip support made of non-metallic material and an upper slip wedge made of non-metallic material disposed on a first portion of the mandrel at least one upper slip oriented in a first direction and positioned between the upper annular slip support and the upper slip wedge. BJ's Plugs include a lower annular slip support made of non-metallic material and a lower slip wedge made of non-metallic material disposed on a second portion of the mandrel and at least one lower slip oriented in a second direction, opposite the first direction, and positioned between the lower slip support and the lower slip wedge. The squeezable ring element of BJ's Plugs is disposed on the mandrel between the upper and lower slip wedges. |

| Claim | Claim Language | BJ's "Python™" Composite Bridge Plug (including Python HT Composite Bridge Plugs, Python MT Composite Bridge Plugs, and Python LT Composite Bridge Plugs, which are collectively referred to below as "BJ's Plugs") |
|---|---|---|
|  | lower slip wedges. |  |
| 131 | The apparatus of claim 116, |  |
|  | wherein the slip means comprises slips made of a metallic material. | BJ's Plugs includes slips made of a metallic material. |

Exhibit B-2

| | |
|---|---|
| 78208-1 | 98197-1 |
| 79548-1 | 98340-1 |
| 80919-1 | 98362-1 |
| 82082-1 | |
| 82193-1 | |
| 82504-1 | |
| 82713-1 | |
| 82715-1 | |
| 82784-1 | |
| 83007-1 | |
| 83052-1 | |
| 83147-1 | |
| 83222-1 | |
| 83225-1 | |
| 83483-1 | |
| 83667-1 | |
| 84284-1 | |
| 84291-1 | |
| 84899-1 | |
| 85333-1 | |
| 85343-1 | |
| 85714-1 | |
| 86097-1 | |
| 86099-1 | |
| 86639-1 | |
| 86655-1 | |
| 86816-1 | |
| 86905-1 | |
| 86980-1 | |
| 86989-1 | |
| 87327-1 | |
| 87947-1 | |
| 88203-1 | |
| 98077-1 | |
| 98079-1 | |
| 98080-1 | |
| 98122-1 | |

A000066

| Claim | Claim Language | BJ's "Python™" Composite Cement Retainer (which is referred to below as "BJ's Plugs") |
|---|---|---|
| 3 | A downhole apparatus for use in a well bore, said apparatus comprising: | Halliburton does not express a position at this time as to whether the preamble of this claim limits the claim's scope. Nevertheless, Halliburton identifies below aspects of BJ's Plugs that correspond to the claim preamble.<br><br>The BJ Plugs are downhole apparatus for use in a well bore. |
| | a center mandrel; and | BJ's plugs have a center mandrel.<br><br>[image of plug with "center mandrel" label] |
| | slip means disposed on said mandrel for grippingly engaging said well bore when in a set position, said slip means being at least partially made of a non-metallic material; | The term "slip means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "slip means" is a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. The function of the slip means is to grippingly engage the well bore when in a set position.<br><br>BJ's Plugs have a plurality of slips, a wedge, and a slip support for contacting the slips on the opposite side of the slip from the wedge. |

| Claim | Claim Language | BJ's "Python™" Composite Cement Retainer (which is referred to below as "BJ's Plugs") |
|---|---|---|
| | | ![diagram with labels: slip support, slips, slip wedge]<br><br>The plurality of slips, wedge, and slip support in BJ's Plugs grippingly engages the well bore. The wedge and slip support are made of a non-metallic material. |
| | wherein the apparatus is characterized as a packing apparatus and further comprising packing means disposed on said mandrel for sealingly engaging said well bore when in a set position; and | The term "packing means" is a means-plus-function element pursuant to 35 U.S.C. § 112, ¶ 6. The corresponding structure for the "packing means" is a squeezable ring element that expands radially outwardly into engagement with the well bore. The packing means is disposed on the center mandrel, which means that the packing means is arranged or positioned in contact with an outer surface of the mandrel. The function of the packing means is to sealingly engage the well bore when the plug is in a set position.<br><br>BJ's Plugs contain a squeezable ring element that expands radially outwardly into engagement with the well bore, and therefore, is properly characterized as packing apparatus. The squeezable ring element is disposed on the center mandrel. |